### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and PATRICIA BROUGHT,<br><br>         *Plaintiffs*,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and DAVID R. SHANNON, in his official capacity as the State's Attorney, Litchfield Judicial District,<br><br>         *Defendants*. | Civil Action<br><br>No. 3:22 CV 1118<br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 8, 2022 |

### MOTION FOR ADMISSION PRO HAC VICE FOR ATTORNEY CHRIS WIEST

  Pursuant to D. Conn. L. Civ. R. 83.1(d), the Plaintiffs, NATIONAL ASSOCIATION OF GUN RIGHTS and PATRICIA BROUGHT, hereby respectfully move that Attorney Chris Wiest is admitted *pro hac vice* in this Court for the purpose of acting as counsel on behalf of the Plaintiffs.

  In support of this motion, the undersigned represents the following:

  1. Attorney Wiest's office is located at 25 Town Center Blvd., Suite 104, Crestview Hills, KY 41017. The telephone number of his office is (513) 257-1895. His e-mail address is chris@cwiestlaw.com.

  2. Attorney Wiest is a member in good standing of the bar of (1) the State of Ohio, (2) the State of Kentucky, (3) the U.S. District Court, Southern District of Ohio, (4) the U.S. District Court, Northern District of Ohio, (5) the U.S. District Court, Eastern

- 2 -

District of Kentucky, (6) the U.S. District Court, Western District of Kentucky, and (7) the United States Court of Appeals for the Sixth Circuit.

3. Attorney Wiest has never been denied admission to any court. He has been disciplined as described in his affidavit attached hereto.

4. An affidavit setting forth the necessary information Attorney Wiest's qualifications to practice before this Court, along with such other information required by D. Conn. L. Civ. R. 83.1(d), is attached to this Motion.

5. A certificate of good standing from the State of Kentucky for Attorney Wiest is also attached to this Motion.

6. Pursuant to D. Conn. L. Civ. R. 83.1(c)(1), Attorney Wiest has designated the undersigned as the member of the bar of this Court upon whom all service of papers shall also be made.

7. The requisite fee of $200.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Chris Wiest, *pro hac vice*, to practice as a visiting attorney before this Court representing the Plaintiffs in all matters related to this proceeding.

THE PLAINTIFFS,
NATIONAL ASSOCIATION OF GUN
RIGHTS and PATRICIA BROUGHT

/s/ John J. Radshaw III
_____
John J. Radshaw III, Esq. (ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

## **CERTIFICATION**

    I hereby certify that on September 8, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. This filing may be accessed through the Court's CM/ECF system.

                                                                /s/ John J. Radshaw III
                                                                _____
                                                                John J. Radshaw III, Esq. (ct19882)