## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and PATRICIA BROUGHT,<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and DAVID R. SHANNON, in his official capacity as the State's Attorney, Litchfield Judicial District,<br><br>Defendants. | Civil Action<br><br>No. 3:22 CV 1118<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 6, 2022 |

## AFFIDAVIT OF ATTORNEY CHRIS WIEST

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I respectfully submit this affidavit pursuant to Local Civil Rule 83.1(d) for the purposes of seeking admission *pro hac vice* in this matter to represent the Plaintiffs, NATIONAL ASSOCIATION FOR GUN RIGHTS, and PATRICIA BROUGHT.

2. My office is located at 25 Town Center Blvd., Suite 104, Crestview Hills, KY 41017. The telephone number of my office is (513) 257-1895. My e-mail address is chris@cwiestlaw.com.

3. I am a member in good standing of the bar of (1) the State of Ohio (Bar No. 0077931), (2) the State of Kentucky (Bar No. 90725), (3) the U.S. District Court, Southern District of Ohio (Bar No. 0077931), (4) the U.S. District Court, Northern District

of Ohio(Bar No. 0077931), (5) the U.S. District Court, Eastern District of Kentucky (Bar No. 90725), (6) the U.S. District Court, Western District of Kentucky (Bar No. 90725), (7) the U.S. District Court for the District of Columbia, (8) the U.S. Court of Appeals for the District of Columbia Circuit (No Bar Number), (9) the U.S. Court of Appeals for the Sixth Circuit (No Bar Number).

4. I have (i) no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, (ii) except as contained in Exhibit A hereto, I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint. Except as contained in Exhibit A hereto, I have not been denied admission to nor disciplined by any court, state or federal.

5. I have fully reviewed, and I am familiar with Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Attorney John J. Radshaw III, 65 Trumbull Street, New Haven, Connecticut, 06510, a member of the Bar of the District of Connecticut (ct19882), the attorney sponsoring my admission *pro hac vice*, as my agent for service of process and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in this matter.

_____
CHRIS WIEST

- 3 -

Sworn to and subscribed before me this 6<sup>T</sup> day of September, 2022.

_____
NOTARY PUBLIC

PAUL J. DARPEL
NOTARY PUBLIC
STATE AT LARGE
COM. EXP: NOV 23, 2025
NOTARY NO: KY 39576

Exhibit A

I was suspended from the practice of law in Ohio in December, 2016, for two years, with the second year stayed, reported at *Cincinnati Bar Association v. Wiest*, 148 Ohio St.3d 683, 2016-Ohio-8166 (Ohio 2016), based on the facts and circumstances contained in that reported decision, and was reinstated in January, 2018, at *Cincinnati Bar Assn. v. Wiest*, 152 Ohio St.3d 1269, 2018-Ohio-187.

Reciprocal suspensions from that Ohio suspension occurred in the Southern District of Ohio in Case No. 2:16-mc-00060 on May 12, 2017 (Doc. 5), with reinstatement on February 13, 2018 (Doc. 15); reciprocally suspended in Kentucky on April 27, 2017, reported at *Kentucky Bar Ass'n v. Wiest*, 514 S.W.3d 530 (Ky. 2017), with reinstatement following character and fitness proceedings, on November 1, 2018, at *Wiest v. Ky. Bar Ass'n*, 558 S.W.3d 470 (Ky. 2018); and was reciprocally suspended in the Eastern and Western Districts of Kentucky in June, 2017, with reinstatement occurring in both courts in November, 2018.  The Chief Judge for the Northern District of Ohio, after submission to a panel, found a fundamental due process violation in the Ohio proceedings and declined to impose reciprocal discipline.

The foregoing discipline has been fully satisfied, and I am presently in good standing in all jurisdictions in which I am admitted.