# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Amy D. Cubbage
President

W. Fletcher Schrock
President-Elect

Rhonda Jennings Blackburn
Vice President

J.D. Meyer
Immediate Past President

Edward L. Metzger III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### CHRISTOPHER DAVID WIEST
*25 Town Center Blvd., Suite 104*
*Crestview Hills, Kentucky 41017*

**Membership No. 90725**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 31st day of August 2022.

### JOHN D. MEYERS
### REGISTRAR

By: *Michele M. Pogrotsky*
**Michele M. Pogrotsky, Deputy Registrar**

