## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION OF GUN RIGHTS, et. al.** | **:** | **Case No. 3:22-cv-01118** |
| | **:** | |
| **Plaintiffs** | | |
| v. | **:** | |
| **GOV. NED LAMONT, et. al.** | **:** | |
| **Defendants** | **:** | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned moves this Court to withdraw as Counsel for the Plaintiffs, and for grounds that are warranted under the applicable rules of professional conduct. The Plaintiffs will continue to be represented by Mr. Radshaw in this matter.

Respectfully submitted,

/s/ *Christopher Wiest*_____
Christopher Wiest (OH 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon Defendants by ordinary mail, and upon the Plaintiffs by ordinary mail, this 13 day of September, 2022.

/s/ *Christopher Wiest*_____
Christopher Wiest (OH 0077931)