**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN, | Civil Action No. |
| *Plaintiffs*, | No. 3:22 CV 1118 (JBA) |
| v. | |
| NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and SHARMESE L. WALCOTT, in his official capacity as the State's Attorney, Hartford Judicial District, | |
| *Defendants*. | SEPTEMBER 15, 2022 |

**MOTION FOR ADMISSION PRO HAC VICE FOR
ATTORNEY BARRY ARRINGTON**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Plaintiffs, NATIONAL ASSOCIATION OF GUN RIGHTS and TONI THERESA SPERA FLANIGAN, hereby respectfully move that Attorney Barry Arrington is admitted *pro hac vice* in this Court for the purpose of acting as counsel on behalf of the Plaintiffs.

In support of this motion, the undersigned represents the following:

1.      Attorney Arrington's office is located 3801 East Florida Avenue, Suite 830, Denver, CO 80210.  The telephone number of his office is (303) 205-7870. His e-mail address is barry@arringtonpc.com.

2.      Attorney Arrington is a member in good standing of the bar of (1) the State of Colorado (No. 16486), (2) the State of Texas (No. 24129555), (3) the United States District Court for the District of Colorado (no bar number), (4) the United States Court of

- 2 -

Appeals for the Tenth Circuit (no bar number) and (5) the United States Supreme Court (no bar number).

3.      Attorney Arrington has never been denied admission to or disciplined by any court.

4.      An affidavit setting forth the necessary information about Attorney Arrington's qualifications to practice before this Court, along with such other information required by D. Conn. L. Civ. R. 83.1(d), is attached to this Motion.

5.      Pursuant to D. Conn. L. Civ. R. 83.1(c)(1), Attorney Arrington has designated the undersigned as the member of the bar of this Court upon whom all service of papers shall also be made.

6.      The requisite fee of $200.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Barry Arrington, *pro hac vice*, to practice as a visiting attorney before this Court representing the Plaintiffs in all matters related to this proceeding.

THE PLAINTIFFS,
NATIONAL ASSOCIATION OF GUN
RIGHTS and PATRICIA BROUGHT

/s/ John J. Radshaw III

_____
John J. Radshaw III, Esq. (ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

- 3 -

## CERTIFICATION

I hereby certify that on September 15, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. This filing may be accessed through the Court's CM/ECF system.

/s/ John J. Radshaw III

_____

John J. Radshaw III, Esq. (ct19882)