# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut;<br>PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and<br>DAVID R. SHANNON, in his official capacity as the State's Attorney, Litchfield Judicial District,<br><br>Defendants. | Civil Action No.<br>3:22 CV 1118<br><br><br><br><br><br>September 13, 2022 |

## AFFIDAVIT OF ATTORNEY BARRY ARRINGTON

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I respectfully submit this affidavit pursuant to Local Civil Rule 83.1(d) for the purposes of seeking admission *pro hac vice* in this matter to represent the Plaintiffs, NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN.

2. My office is located at 3801 East Florida Avenue, Suite 830, Denver, CO 80210. The telephone number of my office is (303) 205-7870. My e-mail address is barry@arringtonpc.com.

3. I am a member in good standing of the bar of (1) the State of Colorado (No. 16486), (2) the State of Texas (No. 24129555), (3) the United States District Court for the District of Colorado (no bar number), (4) the United States Court of Appeals for

the Tenth Circuit (no bar number) and (5) the United States Supreme Court (no bar number).

4.     I have (i) no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, (ii) not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint. I have not been denied admission to nor disciplined by any court, state or federal.

5.     I have fully reviewed, and I am familiar with Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.     I designate Attorney John J. Radshaw III, 65 Trumbull Street, New Haven, Connecticut, 06510, a member of the Bar of the District of Connecticut (ct19882), the attorney sponsoring my admission *pro hac vice*, as my agent for service of process and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in this matter.

_____
BARRY ARRINGTON

- 3 -

Sworn to and subscribed before me this 13th day of September, 2022



NOTARY PUBLIC

AMY THULLAH
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 05/28/25
NOTARY ID 13083274-0