STATE OF CONNECTICUT:
                          : ss: HARTFORD           SEPTEMBER 13, 2022
COUNTY OF HARTFORD   :

    Then and by virtue hereof and by direction of the Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, at the office of ALAYNA M. STONE, ASSOCIATE ATTORNEY GENERAL, 165 CAPITOL AVENUE, accepting for the within named defendant **HONORABLE DAVID R. SHANNON, ESQ., IN HIS OFFICIAL CAPACITY,** in the town of HARTFORD, County of Hartford.

    The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed.

| | |
|---|---|
| Verified Copy $23.00 | ATTEST: |
| Endorsements 2.00 | |
| Service 40.00 | KEITH NIZIANKIEWICZ |
| Travel 5.00 | CT STATE MARSHAL |
| ----------- | HARTFORD COUNTY |
| Total $70.00 | |

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL.,**

V.

**SUMMONS IN A CIVIL CASE**

**NED LAMONT, ET AL.,**

CASE NUMBER: 3:22–CV–01118–JBA

TO: **Patrick J. Griffin, Ned Lamont, David R. Shannon**
Defendant's Address:

        Hon. David R. Shannon, Esq. in his official capacity
        c/o Office of the Attorney General for the State of Connecticut
        165 Capitol Avenue
        Hartford, CT 06106

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John J. Radshaw, III**
John J. Radshaw III, Esquire
65 Trumbull Street, 2d Fl.
New Haven, CT 06510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – AnnMarie Chartier
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2022–09–07 10:29:07, Clerk USDC CTD

STATE OF CONNECTICUT:
                              : ss: HARTFORD          SEPTEMBER 13, 2022
COUNTY OF HARTFORD  :

      Then and by virtue hereof and by direction of the Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, at the office of ALAYNA M. STONE, ASSOCIATE ATTORNEY GENERAL, 165 CAPITOL AVENUE, accepting for the within named defendant **HONORABLE NED LAMONT, IN HIS OFFICIAL CAPACITY,** in the town of HARTFORD, County of Hartford.

      The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed.

| | |
|---|---|
| Verified Copy   $23.00 | ATTEST: *(signature)* |
| Endorsements    2.00 | KEITH NIZIANKIEWICZ |
| Service           40.00 | CT STATE MARSHAL |
| Travel            5.00 | HARTFORD COUNTY |
| Total           $70.00 | |

**KEITH D. NIZIANKIEWICZ**
*Connecticut State Marshal*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NATIONAL ASSOCIATION FOR GUN RIGHTS,
ET AL.,

V.   **SUMMONS IN A CIVIL CASE**

NED LAMONT, ET AL.,

CASE NUMBER: 3:22–CV–01118–JBA

TO: **Patrick J. Griffin, Ned Lamont, David R. Shannon**
Defendant's Address:

> Hon. Ned Lamont, in his official capacity
> c/o Office of the Attorney General for the State of Connecticut
> 165 Capitol Avenue
> Hartford, CT 06106

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John J. Radshaw, III**
John J. Radshaw III, Esquire
65 Trumbull Street, 2d Fl.
New Haven, CT 06510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – AnnMarie Chartier
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2022–09–07 10:29:07, Clerk USDC CTD

STATE OF CONNECTICUT:
                                     : ss: HARTFORD           SEPTEMBER 13, 2022
COUNTY OF HARTFORD  :

    Then and by virtue hereof and by direction of the Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, at the office of ALAYNA M. STONE, ASSOCIATE ATTORNEY GENERAL, 165 CAPITOL AVENUE, accepting for the within named defendant **HONORABLE PATRICK J. GRIFFIN, ESQ., IN HIS OFFICIAL CAPACITY,** in the town of HARTFORD, County of Hartford.

    The within is the original SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER IN CIVL CASES, STANDING PROTECTIVE ORDER, EHIBIT A, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed.

| | |
|---|---|
| Verified Copy | $23.00 |
| Endorsements | 2.00 |
| Service | 40.00 |
| Travel | 5.00 |
| Total | $70.00 |

ATTEST:

_____
KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NATIONAL ASSOCIATION FOR GUN RIGHTS,
ET AL.,

           V.           **SUMMONS IN A CIVIL CASE**

NED LAMONT, ET AL.,

           CASE NUMBER: 3:22–CV–01118–JBA

TO: **Patrick J. Griffin, Ned Lamont, David R. Shannon**
Defendant's Address:

    Hon. Patrick J. Griffin, Esq. in his official capacity
    c/o Office of the Attorney General for the State of Connecticut
    165 Capitol Avenue
    Hartford, CT 06106

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John J. Radshaw, III**
John J. Radshaw III, Esquire
65 Trumbull Street, 2d Fl.
New Haven, CT 06510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – AnnMarie Chartier
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2022–09–07 10:29:07, Clerk USDC CTD