**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and DAVID R. SHANNON, in his official capacity as the State's Attorney, Litchfield Judicial District,<br><br>    Defendants. | Civil Action No.<br>3:22 CV 1118<br><br><br><br><br><br>September 21, 2022 |

**ENTRY OF APPARANCE**

The undersigned hereby enters his appearance for Plaintiffs.

> THE PLAINTIFFS
> NATIONAL ASSOCIATION
> FOR GUN RIGHTS, and TONI
> THERESA SPERA FLANIGAN
>
> */s/ Barry K. Arrington*
> Barry K. Arrington
> 4195 Wadsworth Blvd.
> Wheat Ridge, CO 80033
> (303) 205-7870
> barry@arringtonpc.com
> *Pro Hac Vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington