# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut;<br>PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and<br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>    Defendants. | Civil Action No.<br>3:22 CV 1118<br><br><br><br><br><br><br><br><br><br><br><br>September 21, 2022 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the Plaintiff, NATIONAL ASSOCIATION FOR GUN RIGHTS, has no parent corporation and does not issue stock. Therefore, no public held corporation can own any stock in the Plaintiff.

    THE PLAINTIFFS
NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN

Barry K. Arrington, *pro hac vice*
3801 E. Florida Ave., Suite 830
Denver, CO 80210
(303) 205-7870
barry@arringtonpc.com

*/s/ John Radshaw*
John J. Radshaw (ct19882)
65 Trumbull Street, 2d Floor
New Haven, CT 06510
(203) 654-9695 | (203) 721-6182 f
jjr@jjr-esq.com

# **C E R T I F I C A T I O N**

      I hereby certify that on SEPTEMBER 21, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

/s/ John J. Radshaw III
_____
John J. Radshaw III