UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*,    *Plaintiffs,* | : : : : | CIVIL NO. 3:22-CV-01118 (JBA) |
| v. | : : | |
| LAMONT, *et al.*,    *Defendants.* | : : | SEPTEMBER 30, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 30th day of September, 2022.

                      DEFENDANTS
                      Lamont et al.

                      WILLIAM TONG
                      ATTORNEY GENERAL

                      By: /s/Janelle R. Medeiros
                      Janelle R. Medeiros
                      Assistant Attorney General
                      Federal Bar No. ct30514
                      110 Sherman Street
                      Hartford, CT  06105
                      Telephone: (860) 808-5450
                      Fax No.: (860) 808-5591
                      E-Mail: Janelle.medeiros@ct.gov

**CERTIFICATION**

I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Janelle R. Medeiros\
Janelle R. Medeiros\
Assistant Attorney General