UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*, *Plaintiffs*, | : : : : | CIVIL NO. 3:22-CV-01118 (JBA) |
| v. | : : | |
| LAMONT, *et al.*, *Defendants*. | : : | SEPTEMBER 30, 2022 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to the appearance already on file as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 30th day of September, 2022.

                               DEFENDANTS
                               Lamont et al.

                               WILLIAM TONG
                               ATTORNEY GENERAL

                               By: /s/James M. Belforti
                               James M. Belforti
                               Assistant Attorney General
                               Federal Bar No. ct30449
                               110 Sherman Street
                               Hartford, CT  06105
                               Telephone: (860) 808-5450
                               Fax No.: (860) 808-5591
                               E-Mail:  James.Belforti@ct.gov

**CERTIFICATION**

I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ James M. Belforti_____
James M. Belforti
Assistant Attorney General