UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*, | : : | CIVIL NO. 3:22-CV-01118 (JBA) |
| *Plaintiffs,* | : : | |
| v. | : : | |
| LAMONT, *et al.*, | : | |
| *Defendants.* | : | SEPTEMBER 30, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to the appearances on file as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 30th day of September, 2022.

                DEFENDANTS
                Lamont et al.

                WILLIAM TONG
                ATTORNEY GENERAL

                By: /s/ Terrence O'Neill
                Terrence O'Neill
                Assistant Attorney General
                Federal Bar No. ct10835
                110 Sherman Street
                Hartford, CT  06105
                Telephone: (860) 808-5450
                Fax No.: (860) 808-5591
                E-Mail:  Terrence.O'Neill@ct.gov

## **CERTIFICATION**

I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrence O'Neill_____
Terrence O'Neill
Assistant Attorney General