UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*, | : : | CIVIL NO. 3:22-CV-01118 (JBA) |
| *Plaintiffs*, | : : | |
| v. | : : | |
| LAMONT, *et al.*, | : | |
| *Defendants*. | : | SEPTEMBER 30, 2022 |

## **DEFENDANTS' MOTION FOR A PRE-FILING CONFERENCE**

Pursuant to the Court's chamber practices, the Defendants respectfully request a pre-filing conference to consider the Defendants' right to move the Court to dismiss the Plaintiff's action on the following grounds:

1. The Plaintiffs, National Association for Gun Rights ("NAGR") and Toni Theresa Spera Flanigan, bring this suit pursuant to 42 U.S.C. § 1983 against the Defendants, Governor Ned Lamont, Chief State's Attorney Patrick Griffin, and State's Attorney Sharmese Walcott, seeking declaratory and injunctive relief.

2. The Defendants intend to move for dismissal because Plaintiff NAGR lacks standing.

3. Specifically, NAGR lacks associational standing to bring the instant action and therefore this Court lacks subject matter jurisdiction over their claims. *See Christa McAuliffe Intermediate Sch. PTO, Inc. v. de Blasio*, 788 F. App'x 85, 86 (2d Cir. 2019).

4. On September 29, 2022, undersigned contacted the Plaintiffs' counsel and provided this motion and discussed the grounds for a dismissal.

5. The Plaintiffs' counsel contests the grounds for a dismissal and agrees a pre-filing conference is necessary.

6. Defendants request a pre-filing conference to discuss the basis of a motion to dismiss based on lack of standing.

        DEFENDANTS
        Lamont et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY: _____
        James M. Belforti
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        Federal Bar No. ct30449
        E-Mail:  james.belforti@ct.gov

By: *Janelle R. Medeiros*
        Janelle R. Medeiros
        Assistant Attorney General
        Federal Bar No. ct30514
        110 Sherman Street
        Hartford, CT  06105
        Telephone: (860) 808-5450
        Fax No.: (860) 808-5591
        E-Mail:  Janelle.medeiros@ct.gov

**CERTIFICATION**

    I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General