## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and SHARMESE L. WALCOTT, in his official capacity as the State's Attorney, Hartford Judicial District,<br><br>*Defendants*. | Civil Action No.<br>No. 3:22 CV 1118 (JBA)<br><br><br><br><br><br><br><br><br><br><br>October 13, 2022 |

### NOTICE OF FILING OF GOOD STANDING CERTIFICATES FOR ATTORNEY BARRY ARRINGTON

Take notice that, the Plaintiffs, NATIONAL ASSOCIATION OF GUN RIGHTS and TONI THERESA SPERA FLANIGAN, hereby file good standing certificates for Attorney Barry Arrington consistent with D.Conn.L.R. 83.1(d).

THE PLAINTIFFS,
NATIONAL ASSOCIATION OF GUN
RIGHTS and TONI THERSA SPERA
FLANIGAN

/s/ John J. Radshaw III

_____
John J. Radshaw III, Esq. (ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

## CERTIFICATION

    I hereby certify that on October 13, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. This filing may be accessed through the Court's CM/ECF system.

                                      /s/ John J. Radshaw III
                                      _____
                                      John J. Radshaw III, Esq. (ct19882)