

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__BARRY KEVIN ARRINGTON__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __20th__ day of __May__ A.D. __1987__ and that at the date hereof the said __BARRY KEVIN ARRINGTON__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __16th__ day of __September__ A.D. __2022__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk