# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS,<br>and TONI THERESA SPERA FLANIGAN<br>      Plaintiffs, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No.<br>3:22 CV 1118 (JBA) |
| NED LAMONT, is his official capacity as the<br>Governor of the State of Connecticut;<br>PATRICK J. GRIFFIN, is his official capacity as the<br>Chief State's Attorney of the State of Connecticut;<br>and SHARMESE L. WALCOTT, in her official<br>capacity as the State's Attorney, Hartford Judicial<br>District,<br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## DECLARATION OF TONI THERESA SPERA FLANIGAN

1.      My name is Toni Theresa Spera Flanigan.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.      For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the statute that is the subject of this action, and the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the statute that is the subject of this action.

3.      I am a resident of the State of Connecticut and a law-abiding citizens of the United States.  I am otherwise eligible under the laws of the United States and the State to receive and possess firearms and magazines, including the Banned Firearms and Banned Magazines.  I intend to and, but for the credible threat of prosecution under the Statutes challenged in this action, would acquire Banned Firearms and Banned Magazines to keep in my home for self- defense and for other lawful purposes. *Id*

I, Toni Theresa Spera Flanigan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

Toni Theresa Spera Flanigan
November 4, 2022