UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET. AL. | : | CIVIL NO. 3:22-CV-01118(JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, ET AL., | : | NOVEMBER 18, 2022 |
| *Defendant*. | | |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move, pursuant to Fed. R. Civ. Pro. 12(b)(1), to dismiss the organizational Plaintiff—National Association for Gun Rights. ("NAGR")—from this case because it lacks standing. As set forth more fully in the accompanying memorandum of law, this Court therefore lacks subject matter jurisdiction over this Plaintiff and its claims and must dismiss them from this case.

DEFENDANTS
Lamont, et. al.

WILLIAM TONG
ATTORNEY GENERAL

BY: _____

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591

        Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov

*/s/ Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail:  janelle.medeiros@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5590

## CERTIFICATION

I hereby certify that on November 18, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____
James M. Belforti
Assistant Attorney General

2