IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut;<br>PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and<br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>Defendants. | Civil Action No.<br>3:22 CV 1118<br><br><br><br>December 9, 2022 |

## DECLARATION OF RYAN J. FLUGAUR

1. My name is Ryan J. Flugaur. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am a Vice President of National Association for Gun Rights ("NAGR").

3. NAGR employs a sweepstakes multiple times a year and has done so for at least 10 years in order to increase donations and membership. The sweepstakes works by sending communications to members and potential members around the country informing them that they may be eligible to participate in the sweepstakes. The prize for the sweepstakes often an AR-15 and almost always the firearm is of a type that is banned in Connecticut pursuant to the laws challenged in this action. The communication requests that recipient to send in a sweepstakes entry form. A donation to NAGR is suggested but not required.

4. The sweepstakes entry form states that citizens of states that are not eligible to receive the firearm prize are not eligible to participate in the sweepstakes.

5. This sweepstakes is one of NAGR's main fundraising techniques and has been tremendously successful in many states across the country.

6. Citizens of Connecticut are almost always not eligible to participate in the sweepstakes and this disincentivizes their participation in the sweepstakes, which in turn reduces the rate at which citizens of Connecticut donate to NAGR.

7. NAGR loses many thousands of dollars in donations each year because citizens of Connecticut are not eligible to participate in the sweepstakes.

I, Ryan J. Flugaur, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____
Ryan J. Flugaur
December 9, 2022