UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET. AL. | : | CIVIL NO. 3:22-CV-01118(JBA) |
| *Plaintiff*, | : | |
| v. | : | |
| NED LAMONT, ET AL., | : | JANUARY 26, 2023 |
| *Defendant.* | | |

### MOTION FOR LEAVE TO FILE EXCESS PAGES AS TO THE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7 (a) Defendants respectfully move for leave to file excess pages in their memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF # 28).

Specifically, they seek leave of the Court to file a reply brief in excess of the forty-page limit. Specifically, they seek leave to file a brief of sixty (60) pages long, excluding the certification and signature pages. Good cause exists for a brief of this length. Though the Defendants have endeavored to keep their briefing concise, the complicated claim in this matter requires significant briefing to properly present the issues and facts to the Court. Indeed, Defendants will be submitting multiple exhibits in support of their opposition to Plaintiffs' motion. Further, a large portion of the pertinent analysis requires an in-depth historical review that involves numerous facts and consideration of historical laws and tradition, and thus requires additional space in the brief.

Plaintiffs seek an extraordinary remedy in their motion, and Defendants require the requested additional pages in order to properly address the Plaintiffs' motion which could have significant negative implications to public safety if granted. To ensure the Court has all relevant

arguments and facts before it, the Defendants respectfully request the aforementioned excess pages for their opposition.

For all the foregoing reasons, the Defendants respectfully request their motion for excess pages be granted.

                              DEFENDANTS
                              Lamont, et. al.

                              WILLIAM TONG
                              ATTORNEY GENERAL

BY:

*/s/ Janelle R. Medeiros*

    Janelle R. Medeiros
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct30514
    E-Mail:  janelle.medeiros@ct.gov
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5590

_____
    James M. Belforti
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel:  (860) 808-5450
    Fax:  (860) 808-5591
    Federal Bar No. ct30449
    E-Mail:  james.belforti@ct.gov

**CERTIFICATION**

I hereby certify that on January 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General