# EXHIBIT H

# United Nations Office on Drugs and Crime Diagrams

# Common firearms types

The most common classification of firearms is done by types, and the most commonly used tool for firearms identification is the Firearms Reference Table (FRT). The FRT is a computerized database available online and offline. It was proposed and developed by Canadian Royal Mounted Police and it was further adopted by INTERPOL as a reference classification tool. Use of the FRT Web is limited to individuals who have been authorized by the RCMP. Authorized users include members of the police community, specific Public Agents and approved firearm verifiers.

UNODC adopted a simplified classification in its 2015 Study and also in its global illicit arms flow questionnaire, which is based on the following types:

## Revolver

Is a short or hand-held firearm with a revolving cylinder typically of five to nine chambers, manually loaded with cartridges. As the cylinder rotates into position, the trigger can be pulled, releasing the hammer firing the cartridge. Expended cartridge cases remain in the cylinder until manually unloaded.

**Action**: Revolvers are usually repeating firearms. According to the system of operation of the trigger tail, revolvers can be of double (when the trigger also cocks the hammer) or single action (when the hammer is cocked manually)



Figure 1: Revolver models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Pistol

Is a short or hand-held firearm designed for semi-automatic operation. The chamber is part of the barrel. Cartridges are generally loaded into a magazine, which is inserted into the grip. The action of the firearm feeds the next cartridge and expels the spent round.

**Action**: single shot, repeating, semi-automatic and automatic pistol.



Figure 2: Pistol models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Shotgun

Is a shoulder-fired long gun with one or two unrifled barrels (side-by-side or over configuration), usually designed to shoot many small projectiles ("shots") rather than a bullet. The calibre of a shotgun is referred to as the gauge and is usually larger in diameter than other small arms.

**Action**: Usually single-shot. May also be repeating, or semi-automatic



Figure 3: Shotgun models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Rifle or Carbine

Is a shoulder-fired long gun, with a series of spiral grooves cut inside the barrel ("rifling") imparting spin to the projectile. Some rifles have a detachable magazine like the pistols described above, and others have integral magazines. A carbine resembles a rifle but has a shorter barrel.

**Action**: Single-shot, repeating, semi-automatic or fully automatic.



Figure 4: Rifle models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Assault rifle

Can be considered a subcategory of rifles and represent ' *any of various intermediate-range, magazine-fed military rifles (such as the AK-47 or M16) that can be set for automatic or semiautomatic fire…* '(Merriam-Webster).

**Action**: Semi-automatic or fully automatic.



Figure 5: Assault Rifle models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Sub-machine gun

It is a hand-held, lightweight short barrelled machine gun consisting of relatively low-energy handgun-type cartridges and fired from the hand, hip or shoulder.

**Action**: Semi-automatic or fully automatic. Where the firing system is automatic, the firearm would be classified as an automatic pistol or automatic sub-machine gun.



Figure 6: Sub-machine Gun models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

## Machine gun

It is a firearm that is capable of full automatic firing (more than one shot without manual reloading, by a single function of the trigger) and that fires rifle ammunition. It is generally crew-operated ('heavy machine gun'), but some forms may be fired by single individuals ('light machine gun'). Most machine guns have the ammunition fed by belts, although some use magazines.

**Action**: Semi-automatic or fully automatic.



Figure 7: Machine Gun models. Source: Firearms Reference Table (RCMP-GRC / Interpol)

The above enumerated types cover the large universe of all legal arms. There are, however, others that do not fall clearly under any of them, either because of their technical characteristics, or because of the manufacturing process (craft or artisanal production, assembly of kits, modifications, 3D printing, etc). They are all listed under the category "other".

Next: 'Other' types of firearms
Back to top

Tertiary › Firearms › Module 2: Basics on Firearms and Ammunition › Key issues › Parts and Components

Share this page

Create your own course:

### E4J University Module Series: Firearms

### Module 2: Basics on Firearms and Ammunition

**Introduction and learning outcomes**

**Key issues**

- Typology and classification of firearms
- Common types of firearms
- 'Other' types of firearms
- Parts and components
- Ammunition
- Summary
- References

**Exercises**

**Possible class structure**

**Core reading**

**Advanced reading**

**Student assessment**

**Additional teaching tools**

*First published in February 2019.*

This module is a resource for lecturers

# Firearms parts and components

In addition to understanding the classification of firearms, the typology and basic visual identification, your students will need to explore the nomenclature of firearms to understand the parts and how they operate.

Under the Firearms Protocol, the parts that are considered as essential to the operation of a firearm include (but are not limited to):

> 'any element or replacement element specifically designed for a firearm and essential to its operation, including a barrel, frame or receiver, slide or cylinder, bolt or breech block, and any device designed or adapted to diminish the sound caused by firing a firearm (...)'

There is a common view that also the Programme of Action on small arms and its International Tracing Instrument acknowledges, which is the importance of regulating and controlling parts and components. Some instruments use different terms but, basically, they refer to the same parts and components.

For example, the ECOWAS Convention on Small Arms and Light Weapons, their Ammunition and Other Related Materials, refers to parts and components as other related materials that include:

> 'All components, parts or spare parts for small arms or light weapons or ammunition necessary for the functioning or any chemical substance serving as active material used as propelling or explosive agent.'

## Main components of a firearm

For the practitioner, key aspects of a firearm identification include the major components, including the working mechanism both external and internal.

Firearms can comprise hundreds of parts and components. The more common parts include the barrel, magazine, hand guard, pistol grip, trigger and the trigger guard. All firearms have a receiver, which could be comprised of springs, levers and pistons.

It is important to differentiate between the key components of a firearm, and the other parts and components. The key components of a firearm are those that are essential for the proper functioning and identification of a firearm. Since replacement of these components can impact the proper identification of a firearm, their tracing shall also be regulated.

A key part of any firearm is the barrel. The projectile or bullet (ordinary terminology) travels through the barrel by way of an explosive charge (propellant). The barrel is linked to a receiver, which houses the operable parts of the firearm, including a magazine which holds the ammunition. For example, changing of a firearm barrel will make impossible the identification of a bullet fired with the same weapon since the markings of the new barrel are different from the markings of the original barrel. Also, the new barrel may have a different serial number or no serial at all, this creating difficulty in the physical identification of the firearm.

By having access to various parts and components of firearms, criminals can build their own firearms by assembling the components, or they can use these components to modify or reactivate illegally purchased firearms. Therefore, producing and trading of firearms parts and components shall also fall under similar regulations as the firearms trading and production.

Below the description of the main firearms components is provided followed by general anatomies of firearms where these components can be identified and localized.

Summary of firearm's parts and components

| Part/component | Description | Example |
|---|---|---|
| Bolt | The bolt is a mechanical part of a firearm (mostly semi-automatic pistols) that blocks the rear chamber while firing but moves aside to allow another cartridge to be inserted. | |
| Breech | The essential part of the firearm that holds the firing mechanism where the cartridge is inserted. | |
| Breech block | The movable part of the firing system that seals the moment of firing, preventing gases from escape. Most modern small firearms use a bolt. | |
| Chamber | The portion of the barrel or barrel extension which supports the cartridge case while it is in firing position. | |
| Clip | A device which contains several cartridges that is fed into the magazine of a firearm. | |
| Cylinder | The cylinder is a cylindrical, rotating part of a revolver that contains multiple cartridge chambers. | |
| Magazine | A magazine is the ammunition storage and feeding device of a firearm within or attached to a repeating firearm. Magazines can be removable or integral to the firearm. | |
| Slide | A majority of semi-automatic pistols have a slide which generally houses the firing pin and the extractor, and serves as the bolt. It is spring-loaded to chamber a fresh cartridge provided that the magazine is not empty. | |
| Trigger | The trigger is the mechanism that actuates the firing sequence of the firearm. | |

Table 1. Source: UNODC Global Firearms Programme

### General anatomy of a revolver



Figure 14. Source: Firearms Reference Table (RCMP-GRC / Interpol)

### General anatomy of a semiautomatic-pistol



Figure 15. Source: Firearms Reference Table (RCMP-GRC / Interpol)

### General composition of a rifle



Figure 16. Source: Firearms Reference Table (RCMP-GRC / Interpol)

### General composition of a sub-machine gun



Figure 17. Source: Firearms Reference Table (RCMP-GRC / Interpol)

Additional physical properties are usually necessary to identify a firearm or its parts. A serial number is usually indelibly stamped on the firearm, although these are sometimes removed to hide the provenance of the firearm.

Other identifying features are the name of the manufacturer, branding and additional markings added during production, import or acquisition. Detailed aspects of the physical design of the firearm are also important. In general, identification requires a combination of all the physical characteristics of a firearm, and not just the serial number (UNODC 2015, p.82)

To assist lecturers with verification of a firearm's provenance and to aid in their understanding of the physical properties of a firearm, the Small Arms Survey has produced a set of cards which assist both law enforcement and all interested parties, entitled 'Marking, Record-keeping, and Tracing Implementation Support Cards'.

## Firearms tracing

The International Instrument to Enable States to Identify and Trace, in a Timely and Reliable Manner, Illicit Small Arms and Light Weapons defines tracing as being *"the systematic tracking of illicit small arms and light weapons found or seized on the territory of a State from the point of manufacture or the point of importation through the lines of supply to the point at which they became illicit."*

In other words, tracing is the effective backwards following of the route of a firearm from the end user to its producer. Firearms tracing will help revealing the means, the persons and the methods involved in trafficking of a specific firearm, with an emphasis on the when and how the firearms was diverted from the licit market into the illicit market. This will help international actors detect and investigate illicit manufacturing and trading and, based on these findings, propose appropriate legislative, strategic and operational measures.

Unfortunately, firearms tracing is not used at its real potential, mostly because of the reactive approach of law enforcement and judicial actors. They are often focused on solving the main crime and seizing the weapon but neglect the firearm tracing. The initial case is closed but the firearms flow continues to supply firearms that may be used in future similar crimes.

UNODC is proposing a proactive approach, focusing the investigation both on the main crime as well as onto the firearm tracing. In this case, successful tracing can lead to a new investigation of firearms trafficking that can actually stop the firearms flow and prevent firearms distribution that may be used for committing new crimes.

### NEW CONCEPT OF PROACTIVE INVESTIGATION (UNODC)

Figure 18. Source: UNODC Global Firearms Programme

Next: Ammunition

Back to top