# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NED LAMONT, ET AL., <br><br> Defendants. | Civil Action No. 3:22-CV-01118 (JBA) <br><br><br> February 2, 2023 |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of Proposed *Amici* Brady and March For Our Lives in the above-captioned action:

>Daniel S. Noble (ct31089)
>FINN DIXON & HERLING LLP
>Six Landmark Square
>Stamford, CT  06901-2704
>Tel: (203) 325-5000
>Fax: (203) 325-5001
>E-mail: dnoble@fdh.com

>FINN DIXON & HERLING

>By: /s/ Daniel S. Noble
>    Daniel S. Noble (ct31089)
>    FINN DIXON & HERLING LLP
>    Six Landmark Square
>    Stamford, CT 06901-2704
>    Tel: (203) 325-5000
>    Fax: (203) 325-5001
>    E-mail: dnoble@fdh.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 2, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

                                                  /s/ Daniel S. Noble
                                                  Daniel S. Noble (ct31089)
                                                  FINN DIXON & HERLING LLP
                                                  Six Landmark Square
                                                  Stamford, CT 06901-2704
                                                  Tel: (203) 325-5000
                                                  Fax: (203) 325-5001
                                                  E-mail: dnoble@fdh.com