**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., | |
| Plaintiffs, | Civil Action No. 3:22-CV-01118(JBA) |
| v. | |
| NED LAMONT, ET AL., | |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY C. HESTER**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, the undersigned counsel, a member in good standing of the bar of this Court, respectfully moves for the admission of Timothy C. Hester *pro hac vice* to represent Proposed *Amici* Brady and March For Our Lives in the above-captioned matter as a visiting attorney.  The undersigned represents that Mr. Hester is familiar with the issues that will be litigated in this action, and that the admission of Mr. Hester would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1.  Mr. Hester is a partner at the law firm Covington & Burling LLP.

2.  Mr. Hester's office address is 850 Tenth Street, NW, Washington, DC 20001.  His office telephone number is (202) 662-6000.  His fax number is (202) 662-6291.  His email address is thester@cov.com.

3.  Mr. Hester is currently a member in good standing of the Bar of the District of Columbia and the District Court for the District of Columbia (Bar No. 370707), and the Bars

for the U.S. Supreme Court and the U.S. Court of Appeals for the D.C., Federal, First, Second, Third, Fourth, Eighth, Ninth, and Eleventh Circuits.

4.  Mr. Hester has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.  Mr. Hester has never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6.  Mr. Hester has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), Mr. Hester designates the undersigned counsel, a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring this application for admission *pro hac vice* and as his agent for service of process upon whom service of all papers shall be made. Pursuant to L. R. Civ. P. 83.1(d)(1), Mr. Hester designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

8.  In further support of this Motion and pursuant to L. R. Civ. P. 83.1(d)(1), the Affidavit of Timothy C. Hester is attached hereto as Exhibit A.  A certificate of Good Standing from the District of Columbia will be filed separately, consistent with L. R. Civ. P. 83.1(d).

9.  The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will be paid to the Clerk of the Court.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *pro hac vice* of Mr. Hester.

Dated:  February 2, 2023

Respectfully  submitted,

/s/ Daniel S. Noble
Daniel S. Noble (ct31089)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: DNoble@fdh.com

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

NATIONAL ASSOCIATION FOR GUN
RIGHTS, ET AL.,

      Plaintiffs,

      v.

NED LAMONT, ET AL.,

      Defendants.

Civil Action No. 3:22-CV-01118(JBA)

## AFFIDAVIT OF TIMOTHY C. HESTER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Timothy C. Hester, being duly sworn according to law, hereby depose and say the following:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I respectfully submit this Affidavit in support of the Motion for my admission *pro hac vice* in this matter.

3. I am a partner at the law firm Covington & Burling LLP. My office address is 850 Tenth Street, NW, Washington, DC 20001. My office telephone number is (202) 662-6000. My fax number is (202) 662-6291. My email address is thester@cov.com.

4. I make this Affidavit pursuant to L. Civ. R. 83.1(d), and seek admission *pro hac vice* in the above-captioned action to represent Proposed *Amici* Brady and March For Our Lives.

5. I am a member in good standing of the Bar of the District of Columbia and the District Court for the District of Columbia (Bar No. 370707), and the Bars for the U.S. Supreme Court and the U.S. Court of Appeals for the D.C., Federal, First, Second, Third, Fourth, Eighth, Ninth, and Eleventh Circuits.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, nor have I been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice, while facing a disciplinary complaint before this Court or any other court.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Daniel S. Noble, a member in good standing of the bar of this Court with an office within the District of Connecticut, as my agent for service of process upon whom service of all papers shall be made, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of his admission under Local Rule 83.1(d).

9. The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will be paid to the Clerk of the Court.

Dated: February 1, 2023

Timothy C. Hester
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
thester@cov.com

Sworn to and subscribed before me this 1st day of February, 2023.

NOTARY PUBLIC

CECILIA TARAMONA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2027

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

 /s/ Daniel S. Noble
Daniel S. Noble (ct31089)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: DNoble@fdh.com