# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NED LAMONT, ET AL., <br><br> Defendants. | Civil Action No. 3:22-CV-01118 (JBA) <br><br><br><br> February 3, 2023 |

### NOTICE OF APPEARANCE BY DEIRDRE M. DALY ON BEHALF OF *AMICUS CURIAE* GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

Please enter an appearance for the following attorney on behalf of proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence in the above-captioned matter:

>Deirdre M. Daly (ct23128)
>FINN DIXON & HERLING LLP
>Six Landmark Square
>Stamford, CT 06901-2704
>
>Tel: (203) 325-5050
>Fax: (203) 325-5001
>E-mail: ddaly@fdh.com

Date: February 3, 2023

>By: /s/ *Deirdre M. Daly*
>Deirdre M. Daly (ct23128)
>FINN DIXON & HERLING LLP
>Six Landmark Square
>Stamford, CT 06901-2704
>Tel: (203) 325-5050
>Fax: (203) 325-5001
>E-mail: ddaly@fdh.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

*/s/ Deirdre M. Daly*
Deirdre M Daly (ct23128)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5050
Fax: (203) 325-5001
E-mail: ddaly@fdh.com