## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

NATIONAL ASSOCIATION FOR
GUN RIGHTS, ET AL.,

     Plaintiffs,

     v.

NED LAMONT, ET AL.,

     Defendants.

Civil Action No. 3:22-CV-01118 (JBA)

**MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER LOEB**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, the undersigned counsel, a member in good standing of the bar of this Court, respectfully moves for the admission of Jennifer Loeb *pro hac vice* to represent Proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence in the above-captioned matter as a visiting attorney.  The undersigned represents that Ms. Loeb is familiar with the issues that will be litigated in this action, and that the admission of Ms. Loeb would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1. Ms. Loeb is Counsel at the law firm Freshfields Bruckhaus Deringer US LLP.

2. Ms. Loeb's office address is 700 13th Street, NW, Washington, DC 20005.  Her office telephone number is (202) 777 4500.  Her email address is Jennifer.loeb@freshfields.com.

3. Ms. Loeb is currently a member in good standing in the following federal courts: the U.S. Court of Appeals for the Second Circuit; the U.S. District Courts for the District of

Columbia and Central and Southern Districts of California; and in the following states: New York Third Judicial Department, California, and the District of Columbia (Bar No. 996094).

4. Ms. Loeb has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Ms. Loeb has never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6. Ms. Loeb has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), Ms. Loeb designates the undersigned counsel, a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring this application for admission *pro hac vice* and as her agent for service of process upon whom service of all papers shall be made.  Pursuant to L. R. Civ. P. 83.1(d)(1), Ms. Loeb designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

8. In further support of this Motion and pursuant to L. R. Civ. P. 83.1(d), the Affidavit of Jennifer Loeb is attached hereto as Exhibit A, and a Certificate of Good Standing from the District of Columbia is attached hereto as Exhibit B.

9. The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will be paid to the Clerk of the Court.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *pro hac vice* of Ms. Loeb.


Dated: February 5, 2023                              Respectfully submitted,

                                                     */s/ Deirdre M. Daly*
                                                     Deirdre M. Daly (ct23128)
                                                     FINN DIXON & HERLING LLP
                                                     Six Landmark Square
                                                     Stamford, CT 06901-2704
                                                     Tel: (203) 325-5050
                                                     Fax: (203) 325-5001
                                                     E-mail:ddaly@fdh.com

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NED LAMONT, ET AL., <br><br> Defendants. | Civil Action No. 3:22-CV-01118 (JBA) |

**AFFIDAVIT OF JENNIFER LOEB IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, Jennifer Loeb, being duly sworn according to law, hereby depose and say the following:

1.    I am over eighteen years of age and understand the obligations of an oath.

2.    I respectfully submit this Affidavit in support of the Motion for my admission *pro hac vice* in this matter.

3.    I am Counsel at the law firm Freshfields Bruckhaus Deringer US LLP. My office address is 700 13th Street, NW, Washington, DC 20005. My office telephone number is (202) 777 4500. My email address is Jennifer.Loeb@freshfields.com.

4.    I make this Affidavit pursuant to L. Civ. R. 83.1(d), and seek admission *pro hac vice* in the above-captioned action to represent Proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence.

5.     I am currently a member of the bar in good standing in the following federal courts: the U.S. Court of Appeals for the Second Circuit; U.S. District Courts for the District of Columbia, Southern District of California, and Central District of California; as well as the following states: New York Third Judicial Department, California, and District of Columbia (Bar No. 996094).

6.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, nor have I been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice, while facing a disciplinary complaint before this Court or any other court.

7.     I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.     Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Deirdre M. Daly, a member in good standing of the bar of this Court with an office within the District of Connecticut, as my agent for service of process upon whom service of all papers shall be made, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under Local Rule 83.1(d).

9.     The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will

be paid to the Clerk of the Court.

Dated: February 3, 2023


_____

Jennifer Loeb
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
Washington, DC 20005
(202) 777 4500
Jennifer.Loeb@freshfields.com


Sworn to and subscribed before me this ___3rd___ day of February, 2023.


_____
NOTARY PUBLIC

ROBIN L. WESTON
Notary Public, State of New York
No. 01WE6237677
Qualified in Bronx County
Commission Expires March 28, 20 23

**EXHIBIT B**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Jennifer Loeb

was duly qualified and admitted on August 9, 2010 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 01, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

*/s/ Deirdre M. Daly*
Deirdre M. Daly (ct23128)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5050
Fax: (203) 325-5001
E-mail: ddaly@fdh.com