IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NED LAMONT, ET AL.,<br><br>    Defendants. | Civil Action No. 3:22-CV-01118 (JBA) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT FRIEDMAN**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, the undersigned counsel, a member in good standing of the bar of this Court, respectfully moves for the admission of Elliot Friedman *pro hac vice* to represent Proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence in the above-captioned matter as a visiting attorney. The undersigned represents that Mr. Friedman is familiar with the issues that will be litigated in this action, and that the admission of Mr. Friedman would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1. Mr. Friedman is a partner at the law firm Freshfields Bruckhaus Deringer US LLP.

2. Mr. Friedman's office address is 601 Lexington Ave., 31st Floor, New York, NY 10022. His office telephone number is (212) 230 4666. His email address is Elliot.friedman@freshfields.com.

3. Mr. Friedman is currently a member of the bar in good standing in the following: the U.S. Supreme Court; U.S. Courts of Appeals for the Second Circuit and the Circuit of the

District of Columbia; U.S. District Courts for the District of Columbia and the Eastern, Northern, and Southern Districts of New York; and the New York First Judicial Department (Bar No. 4417192).

4. Mr. Friedman has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Mr. Friedman has never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6. Mr. Friedman has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), Mr. Friedman designates the undersigned counsel, a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring this application for admission *pro hac vice* and as his agent for service of process upon whom service of all papers shall be made. Pursuant to L. R. Civ. P. 83.1(d)(1), Mr. Friedman designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

8. In further support of this Motion and pursuant to L. R. Civ. P. 83.1(d), the Affidavit of Elliot Friedman is attached hereto as Exhibit A, and a Certificate of Good Standing from the New York First Judicial Department is attached hereto as Exhibit B.

9. The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will be paid to the Clerk of the Court.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *pro hac vice* of Mr. Friedman.

Dated: February 5, 2023                                             Respectfully submitted,

/s/ Deirdre M. Daly
Deirdre M. Daly (ct23128)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5050
Fax: (203) 325-5001
Email: ddaly@fdh.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, ET AL.,<br><br>Defendants. | Civil Action No. 3:22-CV-01118 (JBA) |

**AFFIDAVIT OF ELLIOT FRIEDMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Elliot Friedman, being duly sworn according to law, hereby depose and say the following:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I respectfully submit this Affidavit in support of the Motion for my admission *pro hac vice* in this matter.

3. I am a partner at the law firm Freshfields Bruckhaus Deringer US LLP. My office address is 601 Lexington Ave., 31st Floor, New York, NY 10022. My office telephone number is (212) 230 4666. My email address is Elliot.friedman@freshfields.com.

4. I make this Affidavit pursuant to L. Civ. R. 83.1(d), and seek admission *pro hac vice* in the above-captioned action to represent Proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence.

5. I am currently a member of the bar in good standing in the following: the U.S. Supreme Court; U.S. Courts of Appeals for the Second Circuit and the Circuit of the District of

Columbia; U.S. District Courts for the District of Columbia, Eastern District of New York, Northern District of New York, and Southern District of New York; and the New York First Judicial Department.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, nor have I been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Pursuant to L. Civ. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Deirdre M. Daly, a member in good standing of the bar of this Court with an office within the District of Connecticut, as my agent for service of process upon whom service of all papers shall be made, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under Local Rule 83.1(d).

9. The fee of $200.00 required by L. R. Civ. P. 83.1(d)(3) has been or promptly will be paid to the Clerk of the Court.

Dated: February 3, 2023

[signature]

Elliot Friedman
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
(212) 230 4666
Elliot.friedman@freshfields.com

Sworn to and subscribed before me this 3rd day of February, 2023

[signature]
NOTARY PUBLIC

ROBIN L. WESTON
Notary Public, State of New York
No. 01WE6237677
Qualified in Bronx County
Commission Expires March 28, 20 23

# EXHIBIT B



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Elliot Friedman

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 5, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on February 3, 2023.*

*Clerk of the Court*

CertID-00103622

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

/s/ *Deirdre M. Daly*
Deirdre M. Daly (ct23128)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5050
Fax: (203) 325-5001
E-mail: ddaly@fdh.com