IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, ET AL.,<br><br>Defendants. | Civil Action No. 3:22-CV-01118 (JBA) |

**SUPPLEMENT TO MOTIONS FOR ATTORNEYS JENNIFER LOEB, AARON R. MARCU, AND ELLIOT FRIEDMAN TO BE ADMITTED *PRO HAC VICE***

On February 6, 2023, this Court granted Motions for Attorneys Jennifer Loeb (Docket No. 42), Aaron R. Marcu (Docket No. 43), and Elliot Friedman (Docket No. 44) to be Admitted *Pro Hac Vice* on behalf of *amicus* Giffords Law Center to Prevent Gun Violence.  The Orders granting these motions appear in Docket Numbers 45, 46, and 47, respectively.

Below is a list of additional bar admission information for each of the above-mentioned attorneys to supplement their respective Motions to be Admitted *Pro Hac Vice*.

**JENNIFER LOEB**

| COURTS | ADMISSION DATE | BAR NO. |
|---|---|---|
| **STATE** | | |
| California | 12/1/2009 | 266235 |
| District of Columbia | 8/9/2010 | 996094 |
| New York (Third Department) | 1/8/2021 | 5817283 |
| **FEDERAL** | | |
| U.S. District Court – Central District of California | 3/9/2022 | No bar number issued |
| U.S. District Court – Southern District of California | 10/12/2022 | No bar number issued |
| U.S. District Court – District of Columbia | 2/4/2013 | No bar number issued |
| U.S. Court of Appeals – Second Circuit | 12/8/2021 | No bar number issued |

**AARON R. MARCU**

| COURTS | ADMISSION DATE | BAR NO. |
|---|---|---|
| **STATE** | | |
| New York (First Department) | 5/4/1981 | 1726074 |
| **FEDERAL** | | |
| U.S. District Court – Eastern District of New York | 10/20/1981 | AM6309 |
| U.S. District Court – Southern District of New York | 9/22/1981 | AM6309 |
| U.S. Court of Appeals – Second Circuit | 4/10/1984 | No bar number issued |
| U.S. Court of Appeals – Sixth Circuit | 4/23/2003 | No bar number issued |
| U.S. Supreme Court | 4/16/1990 | No bar number issued |

**ELLIOT FRIEDMAN**

| COURTS | ADMISSION DATE | BAR NO. |
|---|---|---|
| **STATE** | | |
| New York (First Department) | 6/5/2006 | 4417192 |
| **FEDERAL** | | |
| U.S. District Court – District of Columbia | 5/4/2009 | NY0106 |
| U.S. District Court – Eastern District of New York | 6/5/2007 | EF4511 |
| U.S. District Court – Northern District of New York | 2/25/2009 | 515504 |
| U.S. District Court – Southern District of New York | 6/5/2007 | EF4511 |
| U.S. Court of Appeals – Second Circuit | 1/26/2016 | No bar number issued |
| U.S. Court of Appeals – District of Columbia | 8/16/2010 | No bar number issued |
| U.S. Supreme Court | 3/30/2013 | No bar number issued |

DATED: FEBRUARY 7, 2023         FINN DIXON & HERLING LLP

                                                        By: /s/ Deirdre M. Daly
                                                           Deirdre M. Daly (ct23128)
                                                           FINN DIXON & HERLING LLP
                                                           Six Landmark Square
                                                           Stamford, CT  06901-2704
                                                           Tel: (203) 325-5000
                                                           Fax: (203) 325-5001
                                                           E-mail: ddaly@fdh.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

/s/ Deirdre M. Daly
Deirdre M. Daly (ct23128)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: ddaly@fdh.com