## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN, | |
| *Plaintiffs*, | No. 3:22-cv-01118-JBA |
| v. | |
| NED LAMONT, in his official capacity as the Governor of the State of Connecticut, | |
| PATRICK J. GRIFFIN, in his official capacity as the Chief State's Attorney of the State of Connecticut, and | |
| SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District, | |
| *Defendants.* | February 7, 2023 |

**NOTICE OF APPEARANCE BY DAMIAN K. GUNNINGSMITH ON BEHALF OF**
***AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND**

Please enter an appearance for the undersigned on behalf of proposed *Amicus Curiae*

Everytown for Gun Safety Support Fund in the above-captioned matter.

Date: February 7, 2023

EVERYTOWN FOR GUN
SAFETY SUPPORT FUND

By:   */s/ Damian K. Gunningsmith*
Damian K. Gunningsmith
Federal Bar No. ct29430
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Tel.: (203) 777-5501
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 7, 2023, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Damian K. Gunningsmith*
Damian K. Gunningsmith