IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> NED LAMONT, ET AL., <br><br> Defendants. | Case No. 3:22-cv-01118-JBA |

## NOTICE OF APPEARANCE FOR JENNIFER LOEB

TO THE CLERK OF THE ABOVE-NAMED COURT:

PLEASE TAKE NOTICE that Jennifer Loeb of the law firm Freshfields Bruckhaus Deringer US LLP hereby enters her appearance as counsel of record for proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence in the above-captioned matter.

Date: February 7, 2023

                                              Respectfully submitted,

                                              */s/ Jennifer Loeb*
                                              Jennifer Loeb*
                                              FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                              700 13th Street, NW, 10th Floor
                                              Washington, DC 20005
                                              Tel: 202 777 4500
                                              Jennifer.loeb@freshfields.com

                                              *Attorney for Amicus Curiae*
                                              Giffords Law Center to Prevent Gun Violence

\* *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2023, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification to all counsel of record.

>    */s/ Jennifer Loeb*
>    Jennifer Loeb\*
>    FRESHFIELDS BRUCKHAUS DERINGER US LLP
>    700 13th Street, NW, 10th Floor
>    Washington, DC 20005
>    Tel: 202 777 4500
>    Jennifer.loeb@freshfields.com
>
>    *Attorney for Amicus Curiae*
>    Giffords Law Center to Prevent Gun Violence

\* *Pro Hac Vice*