IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>NED LAMONT, ET AL.,<br><br>Defendants. | Case No. 3:22-cv-01118-JBA |

## NOTICE OF APPEARANCE FOR ELLIOT FRIEDMAN

TO THE CLERK OF THE ABOVE-NAMED COURT:

PLEASE TAKE NOTICE that Elliot Friedman of the law firm Freshfields Bruckhaus Deringer US LLP hereby enters his appearance as counsel of record for proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence in the above-captioned matter.

Date: February 7, 2023

Respectfully submitted,

*/s/ Elliot Friedman*
Elliot Friedman*
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
(212) 230 4666
Elliot.friedman@freshfields.com

*Attorney for Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2023, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Elliot Friedman*
Elliot Friedman*
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
(212) 230 4666
Elliot.friedman@freshfields.com

*Attorney for Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

*Pro Hac Vice