IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>NED LAMONT, in his official capacity as the Governor of the State of Connecticut,<br><br>PATRICK J. GRIFFIN, in his official capacity as the Chief State's Attorney of the State of Connecticut, and<br><br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>*Defendants*. | No. 3:22-cv-01118-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 7, 2023 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Everytown for Gun Safety Support Fund ("Everytown") states that it is a not-for-profit corporation and that it has no parent corporation. Everytown has no stock and thus no publicly held company owns 10% or more of its stock.

Date: February 7, 2023                           EVERYTOWN FOR GUN
                                                 SAFETY SUPPORT FUND

                                         By:     */s/ Damian K. Gunningsmith*
                                                 Damian K. Gunningsmith
                                                 Federal Bar No. ct29430
                                                 Carmody Torrance Sandak & Hennessey LLP
                                                 195 Church Street, 18th Floor
                                                 P.O. Box 1950
                                                 New Haven, CT 06509-1950
                                                 Tel.: (203) 777-5501
                                                 Fax: (203) 784-3199
                                                 dgunningsmith@carmodylaw.com

{N5898437}

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 7, 2023, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Damian K. Gunningsmith*
Damian K. Gunningsmith