# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NED LAMONT, ET AL., <br><br> Defendants. | Civil Action No. 3:22-CV-01118(JBA) |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of Proposed *Amici* Brady and March for Our Lives in the above-captioned action:

    Timothy C. Hester (phv207107)
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    Tel: (202) 662-6000
    Email: thester@cov.com

Dated: February 7, 2023             Respectfully submitted,

                                             /s/ Timothy C. Hester
                                             Timothy C. Hester (phv207107)
                                             COVINGTON & BURLING LLP
                                             One CityCenter
                                             850 Tenth Street, NW
                                             Washington, DC 20001
                                             Tel: (202) 662-6000
                                             Email: thester@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

Dated:  February 7, 2023                                  Respectfully submitted,

/s/ Timothy C. Hester
Timothy C. Hester (phv207107)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Email: thester@cov.com