**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., | |
| Plaintiffs, | Civil Action No. 3:22-CV-01118(JBA) |
| v. | |
| NED LAMONT, ET AL., | |
| Defendants. | |

**MOTION OF BRADY AND MARCH FOR OUR LIVES FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1.      Brady and March for Our Lives ("MFOL") (collectively, the "Gun Violence Prevention Groups") respectfully move, through undersigned counsel, for leave to file the attached brief, as *amici curiae,* in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction.  The proposed brief is attached.

2.      Defendants have consented to the filing of the attached *amicus* brief.  Plaintiffs do not consent.

3.      *Amicus curiae* Brady is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy and political action.  Brady has filed numerous *amicus* briefs in cases involving the constitutionality of firearms regulations, and multiple decisions have cited Brady's research and expertise on these issues.

4.      *Amicus curiae* MFOL is a youth-led non-profit organization dedicated to promoting civic engagement, education and direct action by youth to achieve sensible gun

violence prevention policies that will save lives.  MFOL has filed numerous *amicus* briefs in cases involving firearms regulations.

5.      "[D]istrict courts have broad discretion to permit . . . the appearance of *amici curiae*."  *Schaghticoke Tribal Nation v. Norton*, No. 3:06–cv–81 (PCD), 2007 WL 9719292, at *1 (D. Conn. Aug. 2, 2007) (quotations and citations omitted).  "An amicus brief should normally be allowed . . . when the amicus has unique information or perspective that can help the Court beyond the help that the lawyers for the parties are able to provide."  *Id.* at *3 (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

6.      This court has recognized the utility of *amicus* briefs that "aid the Court in resolving doubtful issues of law," *id.* at *1, including by offering "knowledge and expertise" on the issues presented.  *Doe v. Doe*, 929 F. Supp. 608, 610 (D. Conn. 1996) (authorizing appearance of *amici*, "organizations representing and advocating on behalf of women who have survived gender-motivated violence . . . in light of their knowledge and expertise about the social problems the [statute] addresses"); *see also Kennedy v. State of Conn. Dep't of Pub. Safety, Div. of State Police*, 115 F.R.D. 497, 499–501 (D. Conn. 1987) (citing an "extremely able and helpful *amicus curiae* brief").

7.      A motion for leave to file an *amicus* brief "must be accompanied by the proposed brief and state: (1) the movant's interest; and (2) the reason why an *amicus* brief is desirable and why the matters asserted are relevant to the disposition of the case."  *Schaghticoke Tribal Nation*, 2007 WL 9719292, at *1 (quoting Fed. R. App. P. 29) (italics added).

8.      Although Plaintiffs oppose this motion for leave to file the proposed *amicus* brief, this Court has previously permitted *amici* to participate in its proceedings over opposition from one of the parties.  *See, e.g.*, *Dist. Lodge 26 of the Int'l Ass'n of Machinists*

& *Aerospace Workers, AFL-CIO v. United Techs. Corp.*, No. 3:09–cv–1494 (JCH), 2009 WL 3571624, at *1 (D. Conn. Oct. 23, 2009*)* (granting leave to file over an opposition); *Schaghticoke Tribal Nation*, 2007 WL 971929, at *3 (same).

9.     The Gun Violence Prevention Groups have a significant interest in the issues involved in this matter.     As national gun violence prevention organizations, they have an acute interest in ensuring that firearms are regulated in ways that will reduce the staggering incidence of gun violence in this country.  And they have a particular interest in ensuring that litigation related to the constitutionality of firearms regulations is fully informed by empirical research and factual information of the sort addressed in the proposed *amicus* brief.

10.     In particular, the Gun Violence Prevention Groups have extensive experience in research, programs, legislative advocacy and litigation concerning gun control policies. They also provide unique perspectives based on the experiences of those whose lives have been altered by the epidemic of gun violence.

11.     In the attached *amicus* brief, the Gun Violence Prevention Groups undertake to provide supplemental authority and argument beyond those advanced by the parties. Accordingly, the Gun Violence Prevention Groups respectfully submit that leave should be granted to file the attached *amicus* brief because it will provide "unique information or perspective that can help the Court" by "offer[ing] insights not available from the parties," and will "aid the Court in resolving doubtful issues of law," *Schaghticoke Tribal Nation*, 2007 WL 9719292, at *1, 3 (quotations and citations omitted), by offering "knowledge and expertise" on the issues presented, *Doe*, 929 F. Supp. at 610.

WHEREFORE, Brady and MFOL respectfully request leave of the Court to file the attached brief as *amici curiae*.

Dated:  February 7, 2023

*Of Counsel:*

Daniel Weltz
Rachel Bercovitz
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
DWeltz@cov.com
RBercovitz@cov.com

Douglas N. Letter
Shira Lauren Feldman
Brady
840 First Street, NE Suite 400
Washington, DC 20002
(202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

Ciara Wren Malone
March for Our Lives
90 Church Street # 3417
New York, NY 10008
(913) 991-4440
ciara.malone@marchforourlives.com

Respectfully  submitted,

/s/ Timothy C. Hester
Timothy C. Hester (phv207107)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
thester@cov.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Connecticut using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

Dated: February 7, 2023                    Respectfully submitted,

                                   /s/ Timothy C. Hester
                                   Timothy C. Hester (phv207107)
                                   COVINGTON & BURLING LLP
                                   One CityCenter
                                   850 Tenth Street, NW
                                   Washington, DC 20001
                                   (202) 662-6000
                                   thester@cov.com