IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NED LAMONT *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 3:22 CV 1118 |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF PUBLICLY**

**HELD AFFILIATES**

Giffords Law Center to Prevent Gun Violence states that it is a non-profit corporation organized under 26 U.S.C. § 501(c)(3), has no parent corporation, does not issue stock, and has no publicly-held affiliates.

　　　　　　　　　　　　　　　　　　/s/　　*Jennifer Loeb*　　　
　　　　　　　　　　　　　　　　　　Jennifer Loeb*
　　　　　　　　　　　　　　　　　　Freshfields Bruckhaus Deringer US LLP
　　　　　　　　　　　　　　　　　　700 13th Street, NW, 10th Floor
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Tel: 202 777 4500
　　　　　　　　　　　　　　　　　　jennifer.loeb@freshfields.com

　　　　　　　　　　　　　　　　　　*Attorney for Amicus Curiae*
　　　　　　　　　　　　　　　　　　Giffords Law Center to Prevent Gun Violence

　　　　　　　　　　　　　　　　　　* *Pro hac vice*

## CERTIFICATE OF SERVICE

I certify that, on February 7, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court for the District of Connecticut via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/    *Jennifer Loeb*
Jennifer Loeb*
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: 202 777 4500
jennifer.loeb@freshfields.com

*Attorney for Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

* *Pro hac vice*