IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

NATIONAL ASSOCIATION FOR GUN RIGHTS
and TONI THERESA SPERA FLANIGAN,

        *Plaintiffs*,

v.

NED LAMONT, in his official capacity as the
Governor of the State of Connecticut,

PATRICK J. GRIFFIN, in his official capacity as
the Chief State's Attorney of the State of
Connecticut, and

SHARMESE L. WALCOTT, in her official capacity
as the State's Attorney, Hartford Judicial District,

        *Defendants.*

No. 3:22-cv-01118-JBA

Hon. Janet Bond Arterton

February 9, 2023

## **MOTION FOR TO ADMIT WILLIAM J. TAYLOR, JR. *PRO HAC VICE***

Pursuant to District of Connecticut Local Rule 83.1(d), the undersigned hereby requests that the Court admit *pro hac vice* Attorney William J. Taylor, Jr. to represent proposed amicus curiae Everytown for Gun Safety Support Fund ("Everytown") in the above-captioned case. In support of this motion, undersigned states as follows:

1.    Attorney Taylor is currently admitted to practice before and is a member in good standing of the following courts: the State of New York (Bar No. 3958956), the U.S. District Court for the Southern District of New York (Bar No. WT6920), the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Western District of New York, the U.S. District Court for the Eastern District of New York (Bar No. WT6920), the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals

for the Second Circuit, the U.S. Court of Appeals for the First Circuit (Bar No. 1186786), and the U.S. Supreme Court.

2. Attorney Taylor has not been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

3. Attorney Taylor had an application for *pro hac vice* denied in the U.S. District Court for the Southern District of California under the circumstances set forth in Attorney Taylor's accompanying affidavit (attached as **Exhibit A**).

4. Attorney Taylor has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. The undersigned Connecticut counsel, Damian K. Gunningsmith, of Carmody Torrance Sandak & Hennessey LLP, will participate in this action as local counsel

6. Accompanying this motion is payment in the amount of $200.00, representing the fee for a motion to admit a visiting attorney, and an affidavit signed by Attorney Taylor (attached as **Exhibit A**)

WHEREFORE, the undersigned respectfully moves the Court for the admission of William J. Taylor, Jr. to represent proposed amicus curiae Everytown, pursuant to Local Rule 83.1(d).

Dated: February 9, 2023

Respectfully submitted,

/s/ Damian K. Gunningsmith
Damian K. Gunningsmith (Bar No. ct29430)
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street
New Haven, CT 06509
Telephone: (203) 784-3185
Fax: (203) 784-3199
dgunningsmith@carmodylaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Damian K. Gunningsmith*
Damian K. Gunningsmith