## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>NED LAMONT, in his official capacity as the Governor of the State of Connecticut,<br><br>PATRICK J. GRIFFIN, in his official capacity as the Chief State's Attorney of the State of Connecticut, and<br><br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>*Defendants*. | No. 3:22-cv-01118-JBA<br><br>Hon. Janet Bond Arterton |

### AFFIDAVIT OF WILLIAM J. TAYLOR, JR. IN SUPPORT OF <u>MOTION FOR ADMISSION PRO HAC VICE</u>

I, William J. Taylor, Jr., being duly sworn, hereby depose and say as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am an attorney duly admitted to practice in the State of New York (Bar No. 3958956) and am the Deputy Director of Second Amendment Litigation at Everytown Law, 450 Lexington Avenue, P.O. Box 4184, New York, NY 10017; telephone: (646) 324-8124; fax (917) 410-6932; email: wtaylor@everytown.org.

3. I am admitted to practice before and am a member in good standing of the following courts (unless otherwise stated, no bar number provided): the U.S. District Court for the Southern District of New York (Bar No. WT6920), the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Western District of New York, the U.S. District Court for

the Eastern District of New York (Bar No. WT6920), the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the First Circuit (Bar No. 1186786), and the U.S. Supreme Court.

4. I have no pending disciplinary complaints and have not been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

5. I was previously denied pro hac vice admission in the U.S. District Court for the Southern District of California under the following circumstances. In January 2020, I and my co-counsel, attorneys at the law firm Kramer, Levin, Naftalis & Frankel LLP, applied for pro hac vice admission to the U.S. District Court for the Southern District of California in *Jones v. Becerra*, No. 3:19-cv-01226, for the purpose of moving for leave to file an amicus curiae brief on behalf of Everytown for Gun Safety Support Fund. The district court denied the applications for failure to designate local counsel with an office located within the district. We reapplied for pro hac vice admission. The court then denied all motions for leave to file an amicus brief in the case, including Everytown for Gun Safety Support Fund's motion, and in connection with that denial, denied our pro hac vice applications, which the court also noted were incomplete. In light of the denial of leave to participate as amicus curiae, we did not resubmit our pro hac vice applications. Since the denial of this pro hac admission, I have continued to apply for and, without exception, gain admission to the bars of multiple federal courts.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate my sponsoring attorney, Damian K. Gunningsmith of Carmody Torrance Sandak & Hennessey LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I respectfully request that I be permitted to represent proposed amicus curiae Everytown for Gun Safety Support Fund ("Everytown") in the above-captioned matter, along with local counsel, Attorney Damian K. Gunningsmith.

9. Everytown has requested that I represent them in this action.

Date: 2/27/23

William J. Taylor, Jr.

Subscribed and sworn to before me this 27th day of February, 2023.

LEN HONG KAMDANG, NOTARY PUBLIC
Registration #: 02KA6381681 NEW YORK STATE
My commission expires October 9, 2023

NOTARY PUBLIC