IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and ) <br> TONI THERESA SPERA FLANIGAN ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NED LAMONT, is his official capacity as the Governor ) <br> of the State of Connecticut; ) <br> PATRICK J. GRIFFIN, is his official capacity as the ) <br> Chief State's Attorney of the State of Connecticut; and ) <br> SHARMESE L. WALCOTT, in her official capacity as ) <br> the State's Attorney, Hartford Judicial District, ) <br> ) <br>    Defendants. ) | Civil Action No. <br> 3:22 CV 1118 <br><br><br><br><br> February 28, 2023 |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS**

Plaintiff respectfully moves for leave to exceed page limits to allow 48 pages for Plaintiffs' Reply in Support of their Motion for Preliminary Injunction. In support of this motion, Plaintiffs state:

1. On February 27, 2023, Plaintiffs' counsel and Defendant's counsel conferred about the expected length of Plaintiffs' Reply in Support of their Motion for Preliminary Injunction, and Defendant agreed to Plaintiffs' request to file a brief up to 30 pages in length. Thus, Defendant has partially agreed to and partially opposed this motion.

2. Given the nature and complexity of the legal and factual issues in this case, Plaintiffs respectfully requests leave to file a brief of 48 pages.

3. There is good cause to grant Plaintiffs' request to extend the page limit for its reply brief.

4. This case was filed in the wake of the Supreme Court's landmark decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Pursuant to the authority set

- 1 -

forth in *Bruen*, Plaintiffs moved to enjoin enforcement of Connecticut's ban on certain semi-automatic rifles and certain magazines.

5. In response, the State filed an opposition brief along with 773 pages of declarations and/or exhibits. In addition, three amicus briefs totaling 69 pages have been filed in opposition to Plaintiffs' motion.

6. Plaintiffs require additional pages for their reply in order adequately to respond to the massive amount of material submitted by the State and its *amici*.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Agreed Motion and enter an order allowing Plaintiffs 48 pages for their Reply in Support of their Motion for

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
(303) 205-7870
barry@arringtonpc.com
Pro Hac Vice

John J. Radshaw (ct19882)
65 Trumbull Street
2d Floor
New Haven, CT 06510
(203) 654-9695 Office
(203) 721-6182 Facsimile
jjr@jjr-esq.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*

_____
Barry K. Arrington