## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and ) <br> TONI THERESA SPERA FLANIGAN ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NED LAMONT, is his official capacity as the Governor ) <br> of the State of Connecticut; ) <br> PATRICK J. GRIFFIN, is his official capacity as the ) <br> Chief State's Attorney of the State of Connecticut; and ) <br> SHARMESE L. WALCOTT, in her official capacity as ) <br> the State's Attorney, Hartford Judicial District, ) <br> ) <br>    Defendants. ) | Civil Action No. <br> 3:22 CV 1118 <br><br><br> _____, 2022 |

**UNOPPOSED MOTION TO RESCHEDULE HEARING**

Plaintiffs move the Court to reset the oral argument on Defendants' motion to dismiss. As grounds for this motion, Plaintiffs state:

1. Plaintiffs' counsel has conferred with Defendants' counsel. Defendants do not object to moving the hearing.

2. On November 18, 2022, Defendants moved to dismiss the organizational Plaintiff National Association for Gun Rights ("NAGR") [Doc. 32]. Defendants asserted NAGR lacks standing.

3. Plaintiffs responded to the motion on December 9, 2022 [Doc. 33].

4. Defendants filed a reply on December 23, 2022 [Doc. 34].

5. Plaintiffs moved to strike Defendants' reply on December 24, 2022 [Doc. 35].

6. Thus, briefing closed on December 24, 2022.

7. On March 2, 2023, this Court set a hearing on Defendants' motion for March 10, 2023.

8. Unfortunately, March 10, 2023, falls during Spring Break for undersigned counsel's three children. Counsel and his family have scheduled a prepaid vacation for March 8 through March 12.

9. Accordingly, Plaintiffs respectfully move the Court to reschedule the March 10, 2023, hearing.

WHEREFORE, Plaintiffs respectfully move the Court to enter an order vacating the oral argument presently scheduled for March 10, 2023, and rescheduling the matter.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
(303) 205-7870
barry@arringtonpc.com
Pro Hac Vice

John J. Radshaw (ct19882)
65 Trumbull Street
2d Floor
New Haven, CT 06510
(203) 654-9695 Office
(203) 721-6182 Facsimile
jjr@jjr-esq.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record:

*/s/ Barry K. Arrington*

_____
Barry K. Arrington