UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS *et al.*, | : : : | CIVIL NO. 3:22-CV-01118 (JBA) |
| *Plaintiffs*, | : : | |
| v. | : : | |
| LAMONT, *et al.*, | : : | |
| *Defendants*. | : | MARCH 17, 2023 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT (DOC. #69.)

Pursuant to Local Rule 7(b), Defendants respectfully move for extension of time of their deadline to respond to Plaintiffs' Third Amended Complaint filed on March 7, 2023. (Doc. #69.) The current schedule is articulated in this Court's order of March 3, 2023:

> In light of Plaintiffs' objection that Plaintiff Flanigan's standing is raised for the first time in Defendants' reply, Defendants' motion to dismiss 32 is DENIED without prejudice. Plaintiffs are granted leave to amend their complaint to address Defendants' arguments as to Plaintiffs' standing by March 10, 2023. Defendants may refile an amended motion to dismiss by March 17, 2023 with Plaintiffs' response due by March 24, 2023, and any reply by Defendants due March 29, 2023.

(Doc. #67.) Given the allegations in Plaintiffs' Third Amended Complaint, Defendants are not filing an amended motion to dismiss and instead will file an answer to the Third Amended Complaint. Since the Third Amended Complaint was filed on March 7, 2023, Defendants' current answer deadline is March 28, 2023. See Fed. R. Civ. P 12(a)(1)(A)(i). Defendants seek an extension of time up to and including Mach 31, 2023 to file their answer. Plaintiffs' consent to this motion.

Defendants submit there is good cause to grant this Motion. Rather than file an amended motion to dismiss, Defendants now seek to answer the complaint. However, a slight extension of time is necessary for Defendants to fully respond to the Third Amended Complaint and the

1

additional allegations. Given that this approach will ultimately save time and conserve judicial resources and since Plaintiffs consent, the undersigned submits that good cause exists and this Motion should be granted.

> DEFENDANTS
> Lamont et al.
>
> WILLIAM TONG
> ATTORNEY GENERAL
>
> BY: _____
> James M. Belforti
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Tel:  (860) 808-5450
> Fax:  (860) 808-5591
> Federal Bar No. ct30449
> E-Mail:  james.belforti@ct.gov
>
> By: *Janelle R. Medeiros*
> Janelle R. Medeiros
> Assistant Attorney General
> Federal Bar No. ct30514
> 110 Sherman Street
> Hartford, CT  06105
> Telephone: (860) 808-5450
> Fax No.: (860) 808-5591
> E-Mail:  Janelle.medeiros@ct.gov

**CERTIFICATION**

  I hereby certify that on March 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

            _____
            James M. Belforti
            Assistant Attorney General