IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>NED LAMONT, in his official capacity as the Governor of the State of Connecticut,<br><br>PATRICK J. GRIFFIN, in his official capacity as the Chief State's Attorney of the State of Connecticut, and<br><br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>     *Defendants*. | No. 3:22-cv-01118-JBA |

**NOTICE OF APPEARANCE BY WILLIAM J. TAYLOR, JR. ON BEHALF OF <u>*AMICUS CURIAE* EVERYTOWN FOR GUN SAFETY SUPPORT FUND</u>**

  Please enter an appearance for the undersigned on behalf of proposed *Amicus Curiae* Everytown for Gun Safety Support Fund in the above-captioned matter.

Date: April 17, 2023    EVERYTOWN FOR GUN
             SAFETY SUPPORT FUND

            By: */s/ William J. Taylor, Jr.*
              William J. Taylor, Jr. (pro hac vice)
              EVERYTOWN LAW
              450 Lexington Ave, P.O. Box 4184
              New York, NY 10017
              Phone: (646) 324-8124
              Fax: (917) 410-6932
              wtaylor@everytown.org

## CERTIFICATION OF SERVICE

I hereby certify that on April 17, 2023, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

>  */s/ William J. Taylor, Jr.*
>  William J. Taylor, Jr.