UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET. AL. | : | CIVIL NO. 3:22-CV-01118(JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, ET AL., | : | JUNE 2, 2023 |
| *Defendant.* | | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby provide the following notice of supplemental authority relating to Plaintiffs' motion for preliminary injunction and associated briefing, identifying cases in which similar statutes involving statutes have been challenged in other jurisdictions:

1.) *Hanson v. District of Columbia*, Civil Action No. 22-2256 (RC), 2023 U.S. Dist. LEXIS 68782, at *2 (D.D.C. Apr. 20, 2023) (denying motion for preliminary injunction with regard to large capacity magazine restrictions)

2.) *Del. State Sportsmen's Ass'n, Inc v. Del. Dep't of Safety & Homeland Sec.*, Civil Action No. 22-951-RGA, 2023 U.S. Dist. LEXIS 51322, at *1 (D. Del. Mar. 27, 2023) (denying motions for preliminary injunction with regard to large capacity magazine and assault weapon restrictions)

3.) *Herrera v. Raoul,* No. 23 CV 532, 2023 U.S. Dist. LEXIS 71756, at *3 (N.D. Ill. Apr. 25, 2023) (denying motions for preliminary injunction and temporary restraining order with regard to large capacity magazine and assault weapons restrictions)

4.) *Bevis v. City of Naperville*, No. 22 C 4775, 2023 U.S. Dist. LEXIS 27308, at *2 (N.D. Ill. Feb. 17, 2023) (denying motion for preliminary injunction with regard to large capacity magazine and assault weapons restrictions)

5.) *Barnett v. Raoul*, No. 3:23-cv-00209-SPM, 2023 U.S. Dist. LEXIS 74756, at *10 (S.D. Ill. Apr. 28, 2023) (granting motion for preliminary injunction with regard to large capacity magazine and assault weapons restrictions)

        DEFENDANTS
        Lamont, et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY:

    /s/ *Janelle R. Medeiros*
    Janelle R. Medeiros
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct30514
    E-Mail: janelle.medeiros@ct.gov
    Tel.: (860) 808-5450
    Fax: (860) 808-5590

    _____
    James M. Belforti
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Tel: (860) 808-5450
    Fax: (860) 808-5591
    Federal Bar No. ct30449
    E-Mail: james.belforti@ct.gov

## **CERTIFICATION**

I hereby certify that on June 2, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           /s/ *Janelle R. Medeiros*
                                            Janelle R. Medeiros
                                            Assistant Attorney General