Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK Liana Barry       RPTR/ECRO/TAPE Corinne Thomas

TOTAL TIME: 1 hours 51 minutes

DATE: 6/5/2023   START TIME: 11:14   END TIME: 1:05

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:22-cv-01118

National Association for Gun Rights et al               Arrington, Radshaw , III
                                                       Plaintiff's Counsel
vs
Lamont et al                                           Belforti, Medeiros, O'Neill
                                                       Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#28  Motion for Preliminary Injunction       ☐ granted ☐ denied ☑ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion_____   ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____Hearing continued until_____ at _____