IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. |
| v. | ) ) | 3:22 CV 1118 |
| NED LAMONT, is his official capacity as the Governor of the State of Connecticut;  PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | August 16, 2023 |

## NOTICE OF APPEAL

The Plaintiffs, NATIONAL ASSOCIATION FOR GUN RIGHTS, and TONI THERESA SPERA FLANIGAN, appeal to the United States Court of Appeals for the Second Circuit from the Order (Docket Entry No. 85) denying the Plaintiffs' Motion for Preliminary Injunction (Docket Entry No. 28)  entered on August 3, 2023.

THE PLAINTIFFS
NATIONAL ASSOCIATION FOR
GUN RIGHTS, and TONI
THERESA SPERA FLANIGAN

Barry K. Arrington, *pro hac vice*
3801 E. Florida Ave., Suite 830
Denver, CO 80210
(303) 205-7870
barry@arringtonpc.com

*/s/ John Radshaw*
John J. Radshaw (ct19882)
65 Trumbull Street, 2d Floor
New Haven, CT 06510
(203) 654-9695 | (203) 721-6182 f
jjr@jjr-esq.com

## **C E R T I F I C A T I O N**

    I hereby certify that on AUGUST 16, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

        /s/ John J. Radshaw III
        _____
        John J. Radshaw III