APPEAL,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:22-cv-01118-JBA

| | |
|---|---|
| National Association for Gun Rights et al v. Lamont et al | Date Filed: 09/06/2022 |
| Assigned to: Judge Janet Bond Arterton | Jury Demand: Defendant |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**National Association for Gun Rights**    represented by    **Barry K Arrington**
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
303-205-7870
Email: barry@arringtonpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Radshaw , III**
John J. Radshaw III, Esquire
65 Trumbull Street, 2d Fl.
New Haven, CT 06510
203-654-9695
Fax: 203-721-6182
Email: jjr@jjr-esq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Brought**    represented by    **John J. Radshaw , III**
*TERMINATED: 09/13/2022*    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Theresa Spera Flanigan**    represented by    **Barry K Arrington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Radshaw , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ned Lamont**
*is his official capacity as the Governor of the State of Connecticut*

represented by **James Michael Belforti**
Office of the Attorney General
110 Sherman Street
Hartford, CT 06002
860-808-5436
Fax: 860-808-5591
Email: james.belforti@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janelle Medeiros**
Office of the Attorney General
Public Safety
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: janelle.medeiros@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Email: terrence.oneill@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Patrick J. Griffin**
*is his official capacity as the Chief States Attorney of the State of Connecticut*

represented by **James Michael Belforti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janelle Medeiros**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence M. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**David R. Shannon**
*in his official capacity as the State's Attorney, Litchfield Judicial District*
*TERMINATED: 09/13/2022*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Sharmese L. Walcott**<br>*in her official capacity as the State's Attorney, Hartford Judicial District* | represented by | **James Michael Belforti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Janelle Medeiros**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Terrence M. O'Neill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Brady** | represented by | **Daniel Scott Noble**<br>Finn Dixon & Herling LLP<br>6 Landmark Square<br>Ste 600<br>06901<br>Stamford, CT 06901<br>203-325-5000<br>Fax: 203-325-5001<br>Email: dnoble@fdh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Channing Hester**<br>Covington & Burling<br>850 Tenth Street, N.W.<br>Washington, DC 20001-4956<br>202-662-5324<br>Fax: 202-778-5324<br>Email: thester@cov.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **March for Our Lives** | represented by | **Daniel Scott Noble**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Channing Hester**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Giffords Law Center to Prevent Gun Violence** | represented by | **Aaron R. Marcu**<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue<br>31st Floor<br>New York, NY 10022 |

212-284-4854
Email: aaron.marcu@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
Finn Dixon & Herling LLP
Six Landmark Square
Suite 600
Stamford, CT 06901
203-325-5000
Fax: 203-325-5001
Email: ddaly@fdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot Friedman**
Freshfields Bruckhaus Deringer US LLP
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st floor
New York, NY 10022
212-277-4000
Email: elliot.friedman@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Loeb**
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW
10th Floor
Washington, DC 20005
202-777-4524
Email: jennifer.loeb@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Everytown for Gun Safety Support Fund**   represented by   **Damian K. Gunningsmith**
Carmody Torrance Sandak & Hennessey, LLP - NH
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
203-777-5501
Fax: 203-784-3199
Email: dgunningsmith@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Taylor , Jr**
Everytown Law
450 Lexington Ave.
#4184
10017

New York, NY 10271-0332
646-324-8215
Email: wtaylor@everytown.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2023 | 86 | NOTICE OF APPEAL as to 85 Order on Motion for Preliminary Injunction by National Association for Gun Rights, Toni Theresa Spera Flanigan. Filing fee $ 505, receipt number ACTDC-7450658. (Radshaw, John) (Entered: 08/16/2023) |
| 08/03/2023 | 85 | ORDER denying 28 Motion for Preliminary Injunction. Signed by Judge Janet Bond Arterton on 08/03/2023. (Anderson, Colleen) (Entered: 08/03/2023) |
| 06/12/2023 | 83 | TRANSCRIPT of Proceedings: Type of Hearing: Oral Argument. Held on 6/5/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/3/2023. Redacted Transcript Deadline set for 7/13/2023. Release of Transcript Restriction set for 9/10/2023. (Thomas, Corinne) (Entered: 06/12/2023) |
| 06/05/2023 | 84 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: taking under advisement re 28 MOTION for Preliminary Injunction filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. Total Time: 1 hour and 51 minutes (Court Reporter Corinne Thomas) (Barry, L) (Entered: 06/23/2023) |
| 06/02/2023 | 82 | NOTICE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott *of Supplemental Authority* (Medeiros, Janelle) (Entered: 06/02/2023) |
| 06/02/2023 | 81 | NOTICE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott re 37 Objection, (Medeiros, Janelle) (Entered: 06/02/2023) |
| 04/18/2023 | 80 | NOTICE by Brady, March for Our Lives *of Filing of Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction - Leave to File Granted April 12, 2023* (Hester, Timothy) (Entered: 04/18/2023) |
| 04/18/2023 | 79 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral argument has been rescheduled to 6/5/23 at 11:00 a.m., Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 04/18/2023) |
| 04/17/2023 | 78 | Memorandum in Opposition re 28 MOTION for Preliminary Injunction filed by Everytown for Gun Safety Support Fund. (Taylor, William) (Entered: 04/17/2023) |
| 04/17/2023 | 77 | CERTIFICATE OF GOOD STANDING re 60 MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC- |

| | | |
|---|---|---|
| | | 7230564) by Everytown for Gun Safety Support Fund. (Taylor, William) (Entered: 04/17/2023) |
| 04/17/2023 | 76 | NOTICE of Appearance by William James Taylor, Jr on behalf of Everytown for Gun Safety Support Fund (Taylor, William) (Entered: 04/17/2023) |
| 04/13/2023 | 75 | NOTICE by Giffords Law Center to Prevent Gun Violence *of Filing of Amicus Brief in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction - Leave to File Granted April 12, 2023* (Loeb, Jennifer) (Entered: 04/13/2023) |
| 04/12/2023 | 74 | ORDER granting 55 Motion for Leave to File; granting 57 Motion for Leave to File; granting 58 Motion for Leave to File. Signed by Judge Janet Bond Arterton on 4/12/23. (Tooker, Aimee) (Entered: 04/12/2023) |
| 03/31/2023 | 73 | ANSWER to 69 Amended Complaint with Affirmative Defenses. by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.(Medeiros, Janelle) (Entered: 03/31/2023) |
| 03/23/2023 | 72 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on Motion for Preliminary Injunction 28 will be held May 9, 2023 at 3:00 p.m. in Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 03/23/2023) |
| 03/21/2023 | | Answer deadline updated for All Defendants. (Tooker, Aimee) (Entered: 03/21/2023) |
| 03/21/2023 | 71 | ORDER granting 70 Motion for Extension of Time to respond to Plaintiffs' Amended Complaint, 69 , on consent, to 3/31/23. Signed by Judge Janet Bond Arterton on 3/21/23. (Tooker, Aimee) (Entered: 03/21/2023) |
| 03/17/2023 | 70 | Consent MOTION for Extension of Time until March 31, 2023 *of the* deadline to respond to Plaintiffs' Third Amended Complaint by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Belforti, James) (Entered: 03/17/2023) |
| 03/07/2023 | 69 | AMENDED COMPLAINT against All Defendants, filed by Toni Theresa Spera Flanigan, National Association for Gun Rights.(Arrington, Barry) (Entered: 03/07/2023) |
| 03/06/2023 | 68 | ORDER finding as moot 36 Motion for Leave to File Excess Pages in light of Memorandum 37 ; granting 62 Motion for Leave to File Excess Pages. Plaintiffs' Reply in Support of Motion for Preliminary Injunction may not exceed 48 pages. Signed by Judge Janet Bond Arterton on 3/6/23. (Tooker, Aimee) (Entered: 03/06/2023) |
| 03/03/2023 | | Set Deadlines/Hearings: Amended Pleadings due by 3/10/2023 (Sichanh, Christina) (Entered: 03/07/2023) |
| 03/03/2023 | 67 | ORDER: Plaintiffs' motion to reschedule the March 10, 2023 oral argument 66 is GRANTED with modification as follows. In light of Plaintiffs' objection that Plaintiff Flanigan's standing is raised for the first time in Defendants' reply, Defendants' motion to dismiss 32 is DENIED without prejudice. Plaintiffs are granted leave to amend their complaint to address Defendants' arguments as to Plaintiffs' standing by March 10, 2023. Defendants may refile an amended motion to dismiss by March 17, 2023 with Plaintiffs' response due by March 24, 2023, and any reply by Defendants due March 29, 2023. The oral argument on the motion to dismiss scheduled for March 10, 2023 is cancelled. The preliminary injunction oral argument currently scheduled for March 22, 2023 will be postponed; if the Court does not grant Defendants' motion to dismiss, a new date will be promptly set. Plaintiffs' motion to strike Defendants' reply 35 is denied as moot. Signed by Judge Janet Bond Arterton on 3/3/2023. (Anderson, Colleen) (Entered: 03/03/2023) |
| 03/02/2023 | 66 | MOTION Reschedule Oral Argument re 65 Calendar Entry by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 3/23/2023 (Arrington, |

| | | |
|---|---|---|
| | | Barry) (Entered: 03/02/2023) |
| 03/02/2023 | 65 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral argument on Motion to Dismiss will be held 3/10/23 at 11:00 AM in Courtroom Two, 141 Church Street, New Haven, CT.(Tooker, Aimee) (Entered: 03/02/2023) |
| 03/02/2023 | 64 | REPLY to Response to 28 MOTION for Preliminary Injunction filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Exhibit, # 2 Declaration)(Arrington, Barry) (Entered: 03/02/2023) |
| 03/02/2023 | 63 | ORDER granting 60 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 5/1/2023. Signed by Judge Janet Bond Arterton on 3/2/2023. (Sichanh, Christina) (Entered: 03/02/2023) |
| 02/28/2023 | 62 | MOTION for Leave to File Excess Pages by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Arrington, Barry) (Entered: 02/28/2023) |
| 02/27/2023 | 61 | AFFIDAVIT re 60 MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7230564) Signed By William J. Taylor, Jr. filed by Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/27/2023) |
| 02/09/2023 | 60 | MOTION for Attorney(s) William J. Taylor, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7230564) by Everytown for Gun Safety Support Fund. (Attachments: # 1 Exhibit A)(Gunningsmith, Damian) (Entered: 02/09/2023) |
| 02/08/2023 | 59 | CERTIFICATE OF GOOD STANDING re 39 MOTION for Attorney(s) Timothy C. Hester to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7221457) by Brady, March for Our Lives. (Hester, Timothy) (Entered: 02/08/2023) |
| 02/07/2023 | 58 | MOTION for Leave to File *Amicus Curiae Brief* by Everytown for Gun Safety Support Fund. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/07/2023 | 57 | MOTION for Leave to File *Amicus Curiae Brief* by Giffords Law Center to Prevent Gun Violence. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 56 | Corporate Disclosure Statement by Giffords Law Center to Prevent Gun Violence. (Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 55 | MOTION for Leave to File *Amicus Curiae Brief* by Brady, March for Our Lives. (Attachments: # 1 Exhibit [Proposed] Amicus Curiae Brief)(Hester, Timothy) (Entered: 02/07/2023) |
| 02/07/2023 | 54 | NOTICE of Appearance by Timothy Channing Hester on behalf of Brady, March for Our Lives (Hester, Timothy) (Entered: 02/07/2023) |
| 02/07/2023 | 53 | Corporate Disclosure Statement by Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/07/2023 | 52 | Amicus Curiae APPEARANCE entered by Elliot Friedman on behalf of Giffords Law Center to Prevent Gun Violence. (Friedman, Elliot) (Entered: 02/07/2023) |
| 02/07/2023 | 51 | Amicus Curiae APPEARANCE entered by Jennifer Loeb on behalf of Giffords Law Center to Prevent Gun Violence. (Loeb, Jennifer) (Entered: 02/07/2023) |
| 02/07/2023 | 50 | Amicus Curiae APPEARANCE entered by Aaron R. Marcu on behalf of Giffords Law Center to Prevent Gun Violence. (Marcu, Aaron) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/07/2023 | 49 | Amicus Curiae APPEARANCE entered by Damian K. Gunningsmith on behalf of Everytown for Gun Safety Support Fund. (Gunningsmith, Damian) (Entered: 02/07/2023) |
| 02/07/2023 | 48 | NOTICE by Giffords Law Center to Prevent Gun Violence re 46 Order on Motion for Admission Pro Hac Vice, 45 Order on Motion for Admission Pro Hac Vice, 47 Order on Motion for Admission Pro Hac Vice (Daly, Deirdre) (Entered: 02/07/2023) |
| 02/06/2023 | 47 | ORDER granting 44 Motion for Elliot Friedman to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 46 | ORDER granting 43 Motion for Aaron R. Marcu to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 45 | ORDER granting 42 Motion for Jennifer Loeb to Appear Pro Hac Vice. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/06/2023 | 44 | MOTION for Attorney(s) Elliot Friedman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7226272) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 43 | MOTION for Attorney(s) Aaron R. Marcu to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7226258) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 42 | MOTION for Attorney(s) Jennifer Loeb to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7226242) by Giffords Law Center to Prevent Gun Violence. (Daly, Deirdre) (Entered: 02/06/2023) |
| 02/06/2023 | 41 | ORDER granting 39 Motion for Timothy C. Hester to Appear Pro Hac Vice Certificate of Good Standing due by 4/7/2023. Signed by Clerk on 2/6/2023. (Sichanh, Christina) (Entered: 02/06/2023) |
| 02/03/2023 | 40 | NOTICE of Appearance by Deirdre M. Daly on behalf of Giffords Law Center to Prevent Gun Violence (Daly, Deirdre) (Entered: 02/03/2023) |
| 02/02/2023 | 39 | MOTION for Attorney(s) Timothy C. Hester to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7221457) by Brady, March for Our Lives. (Noble, Daniel) (Entered: 02/02/2023) |
| 02/02/2023 | 38 | NOTICE of Appearance by Daniel Scott Noble on behalf of Brady, March for Our Lives (Noble, Daniel) (Entered: 02/02/2023) |
| 01/31/2023 | 37 | OBJECTION re 28 MOTION for Preliminary Injunction filed by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Medeiros, Janelle) (Entered: 01/31/2023) |
| 01/26/2023 | 36 | MOTION for Leave to File Excess Pages by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Medeiros, Janelle) (Entered: 01/26/2023) |
| 12/24/2022 | 35 | MOTION to Strike *Reply in Support of Motion to Dismiss* by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 1/14/2023 (Arrington, Barry) (Entered: 12/24/2022) |
| 12/23/2022 | 34 | REPLY to Response to 32 MOTION to Dismiss filed by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott. (Belforti, James) (Entered: 12/23/2022) |
| 12/09/2022 | 33 | RESPONSE *to Motion to Dismiss* filed by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Declaration)(Arrington, Barry) (Entered: |

| | | |
|---|---|---|
| | | 12/09/2022) |
| 11/18/2022 | 32 | MOTION to Dismiss by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.Responses due by 12/9/2022 (Attachments: # 1 Memorandum in Support)(Medeiros, Janelle) (Entered: 11/18/2022) |
| 11/17/2022 | 31 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral Argument re 28 is scheduled for 3/22/2023 at 11:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Sichanh, Christina) (Entered: 11/17/2022) |
| 11/16/2022 | 30 | SCHEDULING ORDER: On consent of the parties, the deadline for Defendant's response to the Plaintiff's Motion for Preliminary Injunction 28 is reset to January 31, 2023; Plaintiff's reply is due March 2, 2023. Oral argument will be held March 22, 2023, at 11 AM in Courtroom Two, 141 Church St., New Haven, CT. Signed by Judge Janet Bond Arterton on 11/16/2022. (Anderson, Colleen) (Entered: 11/16/2022) |
| 11/03/2022 | 28 | MOTION for Preliminary Injunction by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 11/24/2022 (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit)(Arrington, Barry) (Entered: 11/03/2022) |
| 10/31/2022 | 27 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 10/28/22, the following is ordered: (1) Defendants' motion to dismiss will be filed by 11/18/22; opposition will be filed by 12/9/22; reply, if any, will be filed by 12/23/22. (2) The parties' 26(f) Planning Report shall be filed ten days following ruling. (Tooker, Aimee) (Entered: 10/31/2022) |
| 10/28/2022 | 29 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Pre-Filing Conference held on 10/28/2022. TOTAL TIME: 25 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 11/10/2022) |
| 10/25/2022 | 26 | SECOND AMENDED COMPLAINT against Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott, filed by Toni Theresa Spera Flanigan, National Association for Gun Rights. (Sichanh, Christina) (Entered: 10/26/2022) |
| 10/25/2022 | 25 | ORDER granting 24 Motion to Amend/Correct Complaint, on consent. The Clerk is requested to docket Second Amended Complaint as the operative complaint in this case. Signed by Judge Janet Bond Arterton on 10/24/22. (Tooker, Aimee) (Entered: 10/25/2022) |
| 10/21/2022 | 24 | MOTION to Amend/Correct *Complaint* by National Association for Gun Rights, Toni Theresa Spera Flanigan.Responses due by 11/11/2022 (Attachments: # 1 Proposed Amended Complaint)(Arrington, Barry) (Entered: 10/21/2022) |
| 10/20/2022 | | The parties' telephonic pre-filing conference has been rescheduled to 10/28/22 at 2:30 p.m. All call in details remain unchanged. (Tooker, Aimee) (Entered: 10/20/2022) |
| 10/13/2022 | 23 | CERTIFICATE OF GOOD STANDING re 11 MOTION for Attorney(s) Barry Arrington to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7069306) by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Colorado, # 2 Texas)(Radshaw, John) (Entered: 10/13/2022) |
| 10/04/2022 | | A telephonic pre-filing conference will be held 10/26/22 at 3:00 p.m. as follows:1-877-402-9753; access code: 3535720. (Tooker, Aimee) (Entered: 10/04/2022) |
| 10/04/2022 | 22 | ORDER granting 21 Motion for Pre-Filing Conference. Signed by Judge Janet Bond Arterton on 10/4/22. (Tooker, Aimee) (Entered: 10/04/2022) |

| | | |
|---|---|---|
| 09/30/2022 | 21 | MOTION FOR A PRE-FILING CONFERENCE by Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott.Responses due by 10/21/2022 (Medeiros, Janelle) (Entered: 09/30/2022) |
| 09/30/2022 | 20 | NOTICE of Appearance by Terrence M. O'Neill on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (O'Neill, Terrence) (Entered: 09/30/2022) |
| 09/30/2022 | 19 | NOTICE of Appearance by James Michael Belforti on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (Belforti, James) (Entered: 09/30/2022) |
| 09/30/2022 | 18 | NOTICE of Appearance by Janelle Medeiros on behalf of Patrick J. Griffin, Ned Lamont, Sharmese L. Walcott (Medeiros, Janelle) (Entered: 09/30/2022) |
| 09/21/2022 | 17 | Corporate Disclosure Statement by National Association for Gun Rights. (Radshaw, John) (Entered: 09/21/2022) |
| 09/21/2022 | 16 | NOTICE of Appearance by Barry K Arrington on behalf of National Association for Gun Rights, Toni Theresa Spera Flanigan (Arrington, Barry) (Entered: 09/21/2022) |
| 09/20/2022 | 15 | SUMMONS Returned Executed by Toni Theresa Spera Flanigan, National Association for Gun Rights. Patrick J. Griffin served on 9/13/2022, answer due 10/4/2022; Ned Lamont served on 9/13/2022, answer due 10/4/2022; David R. Shannon served on 9/13/2022, answer due 10/4/2022. (Radshaw, John) (Entered: 09/20/2022) |
| 09/20/2022 | 14 | ORDER granting 10 Motion to Withdraw as Attorney Christopher West. Signed by Judge Janet Bond Arterton on 9/20/22. (Tooker, Aimee) (Entered: 09/20/2022) |
| 09/20/2022 | 13 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Sharmese L. Walcott* with answer to complaint due within *21* days. Attorney *John J. Radshaw, III* *John J. Radshaw III, Esquire* *65 Trumbull Street, 2d Fl.* *New Haven, CT 06510*. (Chartier, AnnMarie) (Entered: 09/20/2022) |
| 09/20/2022 | 12 | ORDER granting 11 Motion to Appear Pro Hac Vice. Certificate of Good Standing due by 11/19/2022. Signed by Clerk on 9/20/2022. (Chartier, AnnMarie) (Entered: 09/20/2022) |
| 09/15/2022 | | Request for Clerk to issue summons as to Sharmese L. Walcott. (Radshaw, John) (Entered: 09/15/2022) |
| 09/15/2022 | 11 | MOTION for Attorney(s) Barry Arrington to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7069306) by National Association for Gun Rights, Toni Theresa Spera Flanigan. (Attachments: # 1 Affidavit of Barry Arrington)(Radshaw, John) (Entered: 09/15/2022) |
| 09/13/2022 | 10 | MOTION for Christopher Wiest to Withdraw as Attorney by Patricia Brought, National Association for Gun Rights. (Wiest, Christopher) (Entered: 09/13/2022) |
| 09/13/2022 | 9 | AMENDED COMPLAINT *as of Right* against All Defendants, filed by National Association for Gun Rights, Patricia Brought.(Radshaw, John) (Entered: 09/13/2022) |
| 09/12/2022 | 8 | ORDER granting 7 Motion to Appear Pro Hac Vice. Signed by Clerk on 9/12/2022. (Chartier, AnnMarie) (Entered: 09/12/2022) |
| 09/08/2022 | 7 | MOTION for Attorney(s) Chris Wiest to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7061021) by Patricia Brought, National Association for Gun Rights. (Attachments: # 1 Affidavit of Attorney Chris Wiest, # 2 Certificate of Good Standing - Ohio, # 3 Certificate of Good Standing - Kentucky)(Radshaw, John) (Entered: 09/08/2022) |

| | | |
|---|---|---|
| 09/07/2022 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Patrick J. Griffin, Ned Lamont, David R. Shannon* with answer to complaint due within *21* days. Attorney *John J. Radshaw, III* *John J. Radshaw III, Esquire* *65 Trumbull Street, 2d Fl.* *New Haven, CT 06510*. (Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Order on Pretrial Deadlines, 1 Complaint filed by National Association for Gun Rights, Patricia Brought, 4 Protective Order, 3 Electronic Filing Order<br>Signed by Clerk on 9/7/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/06/2022 | 4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 9/6/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/06/2022 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 9/6/2022.(Chartier, AnnMarie) (Entered: 09/07/2022) |
| 09/06/2022 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 11/6/2022 Discovery due by 3/9/2023 Dispositive Motions due by 4/13/2023<br>Signed by Clerk on 9/6/2022.(Chartier, AnnMarie) Modified to correct file date on 9/7/2022 (Chartier, AnnMarie). (Entered: 09/07/2022) |
| 09/06/2022 | | Judge Janet Bond Arterton added. (Oliver, T.) (Entered: 09/06/2022) |
| 09/06/2022 | | Request for Clerk to issue summons as to Patrick J. Griffin, Ned Lamont, David R. Shannon. (Radshaw, John) (Entered: 09/06/2022) |
| 09/06/2022 | 1 | COMPLAINT against Patrick J. Griffin, Ned Lamont, David R. Shannon ( Filing fee $402 receipt number ACTDC-7057374.), filed by National Association for Gun Rights, Patricia Brought. (Attachments: # 1 Civil Cover Sheet)(Radshaw, John) (Entered: 09/06/2022) |