UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and TONI THERESA SPERA FLANIGAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut; PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and SHARMESE L. WALCOTT, in his official capacity as the State's Attorney, Hartford Judicial District,<br><br>*Defendants*. | Civil Action No.<br>No. 3:22 CV 1118 (JBA)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 25, 2024 |

## **MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel now moves to withdraw his appearance on behalf of the Plaintiffs, NATIONAL ASSOCIATION OF GUN RIGHTS and TONI THERESA SPERA FLANIGAN. In support of this motion, the undersigned counsel represents as follows:

1. Undersigned counsel is the sponsor of Attorney Barry Arrington who is appearing pro hac vice. See ECF #11 & #12.

2. Attorney Arrington hired the undersigned counsel as agent for the plaintiffs and undersigned counsel has given notice of his intention to withdraw to Attorney Arrington and to the clients' representative.

3. Attorney Arrington and the clients have been advised that he will need to secure a new sponsor promptly.

- 2 -

4.      After December 1, 2024, undersigned counsel will be unable to represent the plaintiff due to changing professional affiliations.

WHEREFORE, the undersigned prays that this motion is granted.

                THE PLAINTIFFS,
NATIONAL ASSOCIATION OF GUN RIGHTS and PATRICIA BROUGHT

/s/ John J. Radshaw III

_____
John J. Radshaw III, Esq. (ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

## **CERTIFICATION**

I hereby certify that on November 25, 2024, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. This filing may be accessed through the Court's CM/ECF system.

/s/ John J. Radshaw III

_____
John J. Radshaw III, Esq. (ct19882)