# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEIL RICHARDSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WILLY L. PHAM, an individual; and BI-LI AVIATION, LLC, a Delaware limited liability company <br><br> Defendants. | Civil Action No. <br> 3:23-cv-1480 (SVN) <br><br><br> DECEMBER 10, 2024 |

## RENEWED MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel now moves to withdraw his appearance on behalf of the Plaintiff, NEIL RICHARDSON. In support of this motion, the undersigned counsel represents as follows:

1. Undersigned counsel is the sponsor of Attorney Steven Heath who is appearing pro hac vice. *See* ECF #10 & #15.

2. Attorney Heath hired the undersigned counsel as agent for the plaintiff.

3. The undersigned counsel represents that he has given notice of his intention to withdraw to Attorney Heath and the plaintiff has acknowledged the need to withdraw.

- 2 -

4.	The undersigned represents that he has advised both Attorney Heath and the Plaintiff have been advised that the plaintiff will need to secure a new sponsor promptly.

5.	On December 1, 2024, undersigned counsel closed his law office and will not be practicing law and is, therefore, unable to continue as counsel after that date.

6.	The Plaintiff remains represented by Attorney Heath.

7.	The undersigned moves that his motion is granted and he is permitted to withdraw and that the Plaintiff is permitted to continue without local counsel for a short period of time, given the holidays, to sign and retain the same.

WHEREFORE, the undersigned prays that this motion is granted.

THE PLAINTIFF,
NEIL RICHARDSON

/s/ John J. Radshaw III

_____

John J. Radshaw III (ct19882)
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

- 3 -

## **CERTIFICATION**

    I hereby certify that on December 10, 2024 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. This filing may be accessed through the Court's CM/ECF system.

/s/ John J. Radshaw III
_____
John J. Radshaw III  (ct19882)