IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and<br>TONI THERESA SPERA FLANIGAN<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT, is his official capacity as the Governor of the State of Connecticut;<br>PATRICK J. GRIFFIN, is his official capacity as the Chief State's Attorney of the State of Connecticut; and<br>SHARMESE L. WALCOTT, in her official capacity as the State's Attorney, Hartford Judicial District,<br><br>    Defendants. | Civil Action No.<br>3:22 CV 1118<br><br><br><br><br>September 17, 2025 |

**UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

    1.    The undersigned conferred with counsel for Defendants regarding this motion. Defendants' counsel has authorized the undersigned to inform the Court that this motion is unopposed.

    2.    The Court has set a status conference for **October 7, 2025 at 11:00 AM** [Doc. 99].

    3.    The undersigned is one of the lawyers for the petitioner in *Chiles v. Salazar*, Case No. 24-539, in the United States Supreme Court. Oral argument in that case is set for October 7 at 10:00 AM.

    4.    Accordingly, undersigned counsel has an unavoidable scheduling conflict and respectfully moves the Court to reschedule the status conference.

*/s/ Barry K. Arrington*

_____

Barry K. Arrington
4195 Wadsworth Blvd.
Wheat Ridge, CO 80033
(303) 205-7870
barry@arringtonpc.com
Pro Hac Vice

Lindy R. Urso
810 Bedford Street - Suite 3
Stamford, CT 06901
(203) 249-5748
lindy@lindyursolaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 17, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record:

*/s/ Barry K. Arrington*

_____
Barry K. Arrington