**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL, | : | 3:22-CV-01118-KAD |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, ET AL. | : | |
| *Defendants.* | : | AUGUST 11, 2026 |

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw her appearance on behalf of Defendants Ned Lamont, Patrick Griffin, and Sharmese L. Walcott (collectively, "Defendants" or "State Defendants") in the above-captioned matter. These Defendants remain represented by able counsel, Assistant Attorney General James Belforti.

The undersigned is departing the Office of the Attorney General for a new position and will be unable to continue representing the Defendants in this matter. The undersigned counsel represents that a copy of this motion has been sent via regular mail or email to the Defendants in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully moves that this Court grant her motion to withdraw her appearance from the above-mentioned matter.

DEFENDANTS
STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL


*/s/ Janelle R. Medeiros*
Janelle R. Medeiros ct30514

1

Assistant Attorney General
165 Capitol Ave
Hartford, CT  06106
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: Janelle.medeiros@ct.gov

## **CERTIFICATION**

I hereby certify that on August 11, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system.

*/s/ Janelle R. Medeiros*

Janelle R. Medeiros
Assistant Attorney General

2